AO 440 (Rev. 8/01) Summons in a Civil Action

CM 7003 2260 0004 5053 2861

# UNITED STATES DISTRICT COURT

FOR THE MIDDLE District of ALABAMA, NORTHERN DIVISION

CYNTHIA ELLISON

V.

AUBURN UNIVERSITY MONTGOMERY

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv902-B

TO: (Name and address of Defendant)

DR. GUIN A. NANCE
CHANCELLOR
AUBURN UNIVERSITY MONTGOMERY
P.O. BOX 244023
MONTGOMERY, AL 36124

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KAREN S. RODGERS, ESQ.
McPHILLIPS SHINBAUM, LLP
P.O. BOX 64
MONTGOMERY, AL 36101

an answer to the complaint which is served on you with this summons, within  20  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  9-29-05

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                 *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

cm 7003 2260 0004 5853 2854

# UNITED STATES DISTRICT COURT

FOR THE MIDDLE District of ALABAMA, NORTHERN DIVISION

CYNTHIA ELLISON

V.

AUBURN UNIVERSITY MONTGOMERY

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv902-B

TO: (Name and address of Defendant)

LEE F. ARMSTRONG, ESQ.
GENERAL COUNSEL
AUBURN UNIVERSITY
101 SAMFORD HALL
AUBURN UNIV., AL 36849

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KAREN S. RODGERS, ESQ.
McPHILLIPS SHINBAUM, LLP
P.O. BOX 64
MONTGOMERY, AL 36101

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    9-29-05

CLERK                                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                  *Signature of Server*

                                          _____
                                          *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.