**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Auburn Univ. Montgomery
   c/o Lee F. Armstrong, Esq.
   General Counsel
   Auburn University
   101 Samford Hall
   Auburn University, AL 36849
   2:05CV902-B  SRC

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _A. Henry_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: SEP 30

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0004 5053 2854

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540