| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  P. Lee    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  P. Lee    C. Date of Delivery  9-30-05 |
| 1. Article Addressed to:<br>Auburn Univ. Montgomery<br>℅ Dr. Guin A. Nance<br>Chancellor<br>Auburn University Montgomery<br>P.O. Box 244023<br>Montgomery, AL 36124-4023<br>2:05CV902-BSMYC | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 2260 0004 5053 2861 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540