**ORIGINAL**

*RECEIVED*
2005 OCT 25 A 9: 27

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA ELLISON, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) 2:05CV902-B |
| AUBURN UNIVERSITY | ) |
| MONTGOMERY, | ) |
| | ) |
| Defendant | ) |

## REQUEST FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.1(b), Burton F. Dodd, counsel for Defendant Auburn University Montgomery, requests that the Court admit him *pro hac vice* in order to represent Defendant in this case only. In support of this request, counsel states:

1. He is admitted to practice before the United States District Court for the Northern District of Georgia, which is the Judicial District in which counsel resides and regularly practices law.

2. He attaches a current Certificate of Good Standing from the United States District Court for the Northern District of Georgia.

Counsel accordingly requests an order admitting him *pro hac vice*.

Atlanta 968919.1

BURTON F. DODD

*[signature: Burton F. Dodd]*

Georgia Bar No. 223880
bdodd@laborlawyers.com

FISHER & PHILLIPS LLP
945 East Paces Ferry Road
Suite 1500
Atlanta, Georgia 30326
(404) 231-1400 (Voice)
(404) 240-4249 (Facsimile)



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**           }
                                        } ss.
**NORTHERN DISTRICT OF GEORGIA**       }

I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **BURTON F. DODD, State Bar No. 223880,** was duly admitted to practice in said Court on February 24, 1986, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 18th day of October, 2005.

LUTHER D. THOMAS
CLERK OF COURT

By: _____
   Luis Perez
   Deputy Clerk



UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA ELLISON, | ) |
| Plaintiff | ) ) ) ) |
| v. | ) Civil Action No. ) 2:05CV902-B |
| AUBURN UNIVERSITY MONTGOMERY, | ) ) ) |
| Defendant | ) ) |

## CERTIFICATE OF SERVICE

I certify that, on October 21, 2005, I served a copy of the Request for Admission *Pro Hac Vice* on counsel of record by depositing same in the United States Mail, postage prepaid, addressed as follows:

>Julian Lenwood McPhillips, Jr.
>Karen Sampson Rodgers
>McPhillips, Shinbaum & Gill
>516 South Perry Street
>Post Office Box 64
>Montgomery, Alabama 36104

_____
Of Counsel

Atlanta 968919.1