IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA ELLISON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AUBURN UNIVERSITY MONTGOMERY, )<br>)<br>Defendant. )<br>) | 2:05-CV-902-B |

## ORDER ON MOTION

Upon consideration of the *Request for Admission Pro Hac Vice* (Doc. 5, filed October 25, 2005), it appears that Burton F. Dodd is a member in good standing of the United States District Court for the Northern District of Georgia, and is otherwise eligible to appear *pro hac vice* in this proceeding as counsel of record for Defendant.

Accordingly, it is **ORDERED** that the *Motion* is **GRANTED.**

DONE this 26th day of October, 2005.


/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE