**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 15, 2005

NOTICE OF REASSIGNMENT

To: All Counsel of Record

Re: Ellison v. Auburn University Montgomery
Civil Action No. 2:05-cv-00902-B

The above-styled case has been reassigned to Judge Myron H. Thompson.

Please note that the case number is now **2:05-cv-00902-T**.

This new case number should be used on all future correspondence and pleadings in this action.