UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA ELLISON, | ) |
| Plaintiff | ) ) ) |
| v. | ) Civil Action No. ) 2:05CV902-B |
| AUBURN UNIVERSITY MONTGOMERY, | ) ) ) |
| Defendant | ) |

## MOTION TO WITHDRAW

COMES NOW Courtney M. Brevelle of FISHER & PHILLIPS LLP, pursuant to Local Rule 83.1(e), and files this Motion to Withdraw as counsel for Defendant Auburn University Montgomery ("Defendant"). Ms. Brevelle's employment with FISHER & PHILLIPS LLP will end on November 30, 2005. FISHER & PHILLIPS LLP and Burton F. Dodd will continue to represent Defendant in this matter.

Respectfully submitted,

s/Courtney M. Brevelle
Courtney M. Brevelle
Alabama Bar No. BRE-030
cbrevelle@laborlawyers.com

FISHER & PHILLIPS LLP
1500 Resurgens Plaza
945 East Paces Ferry Road
Atlanta, Georgia 30326
Telephone: (404) 231-1400          ATTORNEYS FOR DEFENDANT

Atlanta 979398.1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA ELLISON, | ) |
|    Plaintiff | ) ) ) |
| v. | ) Civil Action No. ) 2:05CV902-B |
| AUBURN UNIVERSITY MONTGOMERY, | ) ) ) |
|    Defendant | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2005, I electronically filed the foregoing MOTION TO WITHDRAW with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

    Julian Lenwood McPhillips, Jr.
    astrickland@msg-lawfirm.com

    Karen Sampson Rodgers
    karensrodgers@email.com

    s/Courtney M. Brevelle

Atlanta 979398.1