IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CYNTHIA ELLISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:05cv902-T |
| | ) | |
| AUBURN UNIVERSITY MONTGOMERY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

It is ORDERED that the motion to withdraw (Doc. No. 10) is granted.

DONE, this the 29th day of November, 2005.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE