**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                          TELEPHONE (334) 954-3600

March 1, 2006

# NOTICE OF CORRECTION

| | |
|---|---|
| From: | Clerk's Office |
| Case Style: | **Cynthia Ellison v. Auburn University Montgomery** |
| Case Number: | **#2:05-cv-00902-MHT** |
| Referenced Document: | **Document #14**<br>**Motion to Amend Answer** |

**This notice has been docketed to enter the proposed Amended Answer into the record as an attachment to the referenced document which was omitted at the original time of filing. The pdf of the proposed Amended Answer is attached to this notice.**