IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA ELLISON, )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>AUBURN UNIVERSITY )<br>MONTGOMERY, )<br>)<br>  Defendant. ) | CIVIL ACTION NO.<br>2:05cv902-MHT |

ORDER

It is ORDERED that the plaintiff's motion to amend answer (Doc. No. 14) is granted. The court assumes that defendant has no objection to the allowance of the amendment; however, if it does, it must file the objection within seven days from the date of this order.

DONE, this the 8th day of March, 2006.

       /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE