IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CYNTHIA ELLISON,              )
                              )
    Plaintiff,                )
                              )
                              )     CIVIL ACTION NO.
    v.                        )       2:05cv902-MHT
                              )
AUBURN UNIVERSITY             )
MONTGOMERY,                   )
                              )
    Defendant.                )
```

ORDER

It is ORDERED as follows:

(1) The order entered March 8, 2006 (Doc. No. 17) is vacated.

(2) Defendant's motion to amend answer (Doc. No. 14) is granted.  The court assumes that plaintiff has no objection to the allowance of the amendment; however, if she does, she must file the objection within seven days from the date of this order.

DONE, this the 9th day of March, 2006.

                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE