# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

## NORTHERN DIVISION

| | |
|---|---|
| **CYNTHIA ELLISON,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | **Civil Action No.** |
| ) | 2:05CV902-MHT-DRB |
| **AUBURN UNIVERSITY** ) | |
| **MONTGOMERY,** ) | |
| ) | |
| **Defendant** ) | |

## MOTION FOR TEN-DAY ENLARGEMENT OF TIME
## TO RESPOND TO DISCOVERY

Defendant Auburn University Montgomery moves the Court for a ten-day enlargement of the period within which Defendant may object, answer, or otherwise respond to Plaintiff's First Discovery Request, which includes interrogatories and document requests.

In support of this motion, Defendant states that it has not had sufficient time to consider the appropriateness of all of Plaintiff's discovery requests; that it has not had adequate time to collect and produce documents that are appropriate for disclosure; and that it intends to complete these matters within ten days.

Defendant further states that, on March 10, 2006, Defendant requested via e-mail Plaintiff's consent to this enlargement, but that Defendant has yet to

hear whether Plaintiff consents or objects. Defendant does not make this motion for purposes of delay.

Defendant therefore requests that the Court grant it's motion for a ten-day enlargement of the period to respond to Plaintiff's discovery.

**AUBURN UNIVERSITY MONTGOMERY**

s/Burton F. Dodd
Burton F. Dodd
Georgia Bar No. 223880
bdodd@laborlawyers.com

FISHER & PHILLIPS LLP
945 East Paces Ferry Road
Suite 1500
Atlanta, Georgia 30326
(404) 231-1400 (Voice)
(404) 240-4249 (Facsimile)

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

## NORTHERN DIVISION

| | |
|---|---|
| **CYNTHIA ELLISON,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| v. | ) **Civil Action No.** |
| | ) 2:05CV902-MHT-DRB |
| **AUBURN UNIVERSITY** | ) |
| **MONTGOMERY,** | ) |
| | ) |
| **Defendant** | ) |

## CERTIFICATE OF SERVICE

I certify that, on March 13, 2006, I electronically filed Defendant's Motion for Ten-Day Enlargement of Time to Respond to Discovery with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

>**Julian Lenwood McPhillips, Jr.**
>astrickland@msg-lawfirm.com
>
>**Karen Sampson Rodgers**
>karensrodgers@email.com

>**AUBURN UNIVERSITY MONTGOMERY**
>
>s/Burton F. Dodd
>Burton F. Dodd
>Georgia Bar No. 223880
>*bdodd@laborlawyers.*

3

FISHER & PHILLIPS LLP
945 East Paces Ferry Road
Suite 1500
Atlanta, Georgia 30326
(404) 231-1400 (Voice)
(404) 240-4249 (Facsimile)