IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CYNTHIA ELLISON,              )
                              )
    Plaintiff,                )
                              )
                              )     CIVIL ACTION NO.
    v.                        )        2:05cv902-MHT
                              )
AUBURN UNIVERSITY             )
MONTGOMERY,                   )
                              )
    Defendant.                )
```

ORDER

It is ORDERED that plaintiff's opposition to amendment (Doc. No. 20) is treated as an objection and said objection is overruled.

DONE, this the 16th day of March, 2006.


                    /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE