IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA ELLISON, | ) |
| | ) |
|    Plaintiff, | ) |
| | )    CIVIL ACTION NO. |
|    v. | )    2:05cv902-MHT |
| | ) |
| AUBURN UNIVERSITY | ) |
| MONTGOMERY, | ) |
| | ) |
|    Defendant. | ) |

ORDER

It is ORDERED that the uniform scheduling order (doc. no. 13) is amended to reflect that the trial is set for the term of court beginning on December 11, 2006.

DONE, this the 5th day of June, 2006.

                            /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE