IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA ELLISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:05-CV-00902-MHT |
| ) | |
| AUBURN UNIVERSITY MONTGOMERY, ) | |
| ) | |
| Defendant. ) | |

## ORDER ON MOTION

Through inadvertence the Magistrate Judge just received notice that Defendant Auburn University of Montgomery filed on March 13, 2006, a *Motion for Ten-Day Enlargement of Time to Respond to Discovery* (Doc.19). As Defendants have now had substantially more than the requested time to consider and respond to Plaintiff's First Discovery Request, it is

**ORDERED** that the *Motion* is **DENIED** as moot.

Done this 5th day of June, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE