UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA ELLISON, )<br>)<br>   Plaintiff )<br>)<br>v. )<br>)<br>AUBURN UNIVERSITY )<br>MONTGOMERY, )<br>)<br>   Defendant ) | Civil Action No.<br>2:05-CV-00902-MHT-DRB |

MOTION FOR CLARIFICATION AND/OR 3-DAY ENLARGEMENT OF
TIME TO FILE SECOND MOTION FOR SUMMARY JUDGMENT

Defendant Auburn University Montgomery (AUM) moves the Court to clarify the due date for dispositive motions and, if necessary, to enlarge the due date until Monday, July 24, 2006, for the following reasons:

1. The Civil Docket for this case, at docket entry 13, sets July 24, 2006 (Monday) as the due date for dispositive motions.

2. The Scheduling Order sets July 21, 2006 (90-days preceding October 19 Pre-Trial Hearing) as the due date for dispositive motions.

3. AUM and counsel have relied on the Clerk's Civil Docket in preparing their Second Motion for Summary Judgment, especially in view of counsel's commitment over the last 10 days to preparing and trying an FMLA interference and retaliation case in the United States District Court for the Northern District of Georgia (Scott v. Gwinnett Hospital System, 1:04-cv-2816-BBM), which concluded on July 18.

4. Establishing July 24 as the due date, either by clarification or enlargement of time, will cause no prejudice to Plaintiff.

AUM respectfully requests that the Court clarify the due date for dispositive motions and, if necessary, enlarge that time until Monday, July 24, 2006.

          AUBURN UNIVERSITY MONTGOMERY

          s/Burton F. Dodd
          Burton F. Dodd

          Georgia Bar No. 223880
          bdodd@laborlawyers.com

          FISHER & PHILLIPS LLP
          945 East Paces Ferry Road
          Suite 1500
          Atlanta, Georgia 30326
          (404) 231-1400 (Voice)
          (404) 240-4249 (Facsimile)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA ELLISON, | ) |
|    Plaintiff | ) ) ) |
| v. | ) ) Civil Action No. ) 2:05-CV-00902-MHT-DRB |
| AUBURN UNIVERSITY MONTGOMERY, | ) ) ) |
|    Defendant | ) ) |

### CERTIFICATE OF SERVICE

I certify that, on July 19, 2006, I electronically filed Defendant's Motion for Clarification and/or 3-day Enlargement of Time to File Second Motion for Summary Judgment with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

    Karen Sampson Rodgers
    karensrodgers@email.com

AUBURN UNIVERSITY MONTGOMERY

s/Burton F. Dodd
Burton F. Dodd

Georgia Bar No. 223880
bdodd@laborlawyers.com

FISHER & PHILLIPS LLP

945 East Paces Ferry Road
Suite 1500
Atlanta, Georgia 30326
(404) 231-1400 (Voice)
(404) 240-4249 (Facsimile)

Atlanta 1024888.1