UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | | |
|---|---|---|
| CYNTHIA ELLISON, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 2:05-CV-00902-MHT-DRB |
| AUBURN UNIVERSITY | ) | |
| MONTGOMERY, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER

It is ORDERED that, for good cause shown, the due date for Dispositive Motions is enlarged until July 24, 2006.

DONE, this _____ day of July, 2006.

_____
Myron H. Thompson
United States District Judge

Atlanta 1024894.1