# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

## NORTHERN DIVISION

| | | |
|---|---|---|
| **CYNTHIA ELLISON,** | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | **Civil Action No.** |
| | ) | 2:05-CV-00902-MHT-DRB |
| **AUBURN UNIVERSITY** | ) | |
| **MONTGOMERY,** | ) | |
| | ) | |
| Defendant | ) | |

## DEFENDANT'S INDEX OF TESTIMONY, EXHIBITS, AND OTHER EVIDENCE IN SUPPORT OF SECOND MOTION FOR SUMMARY JUDGMENT

Defendant Auburn University Montgomery (AUM) submits the following testimony, exhibits, and other evidence in support of its second motion for summary judgment:

| | Evidence | Reference |
|---|---|---|
| 1. | Declaration of Debra S. Foster, SPHR | (Fos Dec. ___) |
| 2. | Declaration of Roger Ritvo, Ph.D. | (Rit Dec. ___) |
| 3. | Declaration of Bayo Lawal, Ph.D. | (Law Dec. ___) |
| 4. | Declaration of Nell Robinson | (Rob Dec. ___) |
| 5. | Declaration of Craig Sparrow | (Spa Dec. ___) |
| 6. | Declaration of R.C. Cox | (Cox Dec. ___) |

7.    Deposition of Plaintiff                    (Plaintiff's Dep. ___)

8.    Deposition of Faye Ward                 (Ward Dep. ___)

9.    Declaration of Brandy Holmes          (Hol Dec. ___)

10.   Declaration of Marquita Snow          (Sno Dec. ___)

11.   Plaintiff's Application for Employment    (Emp. App.)
      with Colonial Bank


**AUBURN UNIVERSITY MONTGOMERY**

s/Burton F. Dodd
Burton F. Dodd

Georgia Bar No. 223880
*bdodd@laborlawyers.com*

FISHER & PHILLIPS LLP
945 East Paces Ferry Road
Suite 1500
Atlanta, Georgia 30326
(404) 231-1400 (Voice)
(404) 240-4249 (Facsimile)