UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA ELLISON,<br><br>    Plaintiff<br><br>v.<br><br>AUBURN UNIVERSITY MONTGOMERY,<br><br>    Defendant | Civil Action No.<br>2:05CV902-MHT-DRB |

## DECLARATION OF CRAIG SPARROW

1. I am Craig Sparrow; I am over 18 years old; I have no mental disabilities; and I make this declaration on personal knowledge

2. I am a corporal on the AUM Police force. I have been on the force for 10 years.

3. It is our policy to respond to *every* call we receive as quickly as we can. We do not screen calls for legitimacy or substance; we just respond. We are responsible for several thousand students, several hundred faculty and staff, and countless visitors.

4. Although Vice Chancellor Roger Ritvo requested our nearby presence during a disciplinary conference with Dr. Chris Mahaffy, his request was not out of the ordinary. There were no problems with Dr. Mahaffy during

or after the conference; I did not notice anything unusual with Dr. Mahaffy; and I am not aware of any complaint regarding Dr. Mahaffy.

5. Our force routinely inspects AUM's campus buildings with such frequency that it seems we are in the buildings "all the time."

I declare under penalty of perjury that this Declaration is true and correct.

7/17/04
Date

Cap. Craig Sparrow
Corporal Craig Sparrow
AUM Police Department