UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA ELLISON, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 2:05CV902-MHT-DRB |
| AUBURN UNIVERSITY ) | |
| MONTGOMERY, ) | |
| ) | |
| Defendant ) | |

## DECLARATION OF R. C. COX

1. I am R. C. Cox; I am over 18 years old; I have no mental disabilities; and I make this declaration on personal knowledge

2. I have been on the AUM Campus Police force for 14 years, and I have known Cynthia Ellison for many of those years.

3. Ms. Ellison did not ask the AUM Police force for any assistance after the January 31, 2005 meeting when AUM disciplined Dr. Chris Mahaffy. Nonetheless, for a while we went through Goodwyn Hall every two hours to make sure things were alright. I remember speaking to her on one or more of those visits.

4. If Ms. Ellison felt like she needed some extra protection, she could have called Chief Robinson or the Police force, but she never did. She knew how

to get in touch with us, because she had called us on prior occasions, and I had responded on one occasion to investigate some property stolen from Goodwyn Hall.

5.   We typically check the campus buildings, including Goodwyn Hall, 3 times per day, although most tenants probably would not notice our presence.

I declare under penalty of perjury that this Declaration is true and correct.


7-17-2006
Date

R. C. Cox
Officer, AUM Police Department

2