**Auburn University Montgomery**
School of Sciences
*Office of the Dean*

February 9, 2005



Ms. Cynthia Ellison
Auburn University Montgomery
School of Sciences
Montgomery, AL 36117

Dear Cynthia:

I am in receipt of your retirement letter dated February 9, 2005. This came as a surprise to me. I know that you have discussed your intention to retire from AUM with me several times within the last five months, but each time, I have tried to talk you out of it. It seems obvious now that I have to resign myself to losing you to retirement. It is therefore with much regret that I accept your letter of resignation effective April 1, 2005.

No doubt we will miss you, particularly the office of the dean and the School. All of us appreciate the important contributions you made not just to the office but to the school and the university at large. I want to seize this opportunity to thank you on behalf of the faculty, staff and students of the school of sciences for your years of dedicated service to the school and this institution.

I wish you the very best in your retirement years.

Sincerely,

Bayo H. Lawal, Ph.D.
Dean, School of Sciences

cc:    Ms. Debra Foster