TEACHERS' RETIREMENT SYSTEM OF ALABAMA
PO Box 302150
Montgomery, AL 36130-2150

## APPLICATION FOR RETIREMENT

**MEMBER INFORMATION**

Home Phone Number __334 271-6199__

1) Social Security Number __420 / 80 / 4237__

2) Name __Cynthia Rene Ellison__

3) Date of Birth __10/22/55__

4) Home Address __1598 Sandstone Ct.__ (Address) __Montgomery__ (City) __AL__ (State) __36117__ (Zip Code)

5) Type of Retirement (Check One): [X] Service   ( ) Disability

6) Date of Retirement __4/1/2005__ (This date is always the first of the month.)

7) Name of bank/financial institution to which retirement benefit is to be deposited:
__Compass Bank__
Bank/Financial Institution

Note: Properly completed Direct Deposit Authorization must be submitted to the Retirement Systems to authorize remittance to the bank/financial institution.

8) Beneficiary Designation:
The beneficiary whom I should like to receive any benefit at my death is __Courtnei Terrell Ellison__
whose relationship to me is that of __Daughter__ and whose date of birth is __6/21/1983__
and Social Security Number is __424 / 31 / 6625__.

In the event the designated beneficiary listed above is different from that listed on my active account, I desire the change to be effective:
(Check One)
___ Upon the duly executed completion of this application filed with the Board of Control.
___ On the date my retirement benefit becomes due and payable.

9) Signature of Applicant: __Cynthia R. Ellison__

10) Notarization: State of Alabama, County of __Montgomery__, On this __11th__ day of __February__, 2005, personally appeared before me, the above-named __Cynthia R. Ellison__ and made oath that the statements made are true.

__March 7, 2005__                            __Faye E. Ward__
My Commission Expires                    Signature of Notary Public

**EMPLOYER CERTIFICATION—Retirement Data Certification**

1) Date on which service of applicant will terminate _____

2) Closing date of last payroll of applicant _____

3) Job Classification _____

4) Contract Salary for full year _____

5) Total Contributions (to be) deducted for the current scholastic year* _____

6) Total contributions (to be) deducted after the current scholastic year* _____

7) Days worked/Days contracted for the current contract period _____
(*Scholastic year is July 1-June 30)

8) Please certify deductions for last 7 months for which contributions will be submitted

Jul _____   Jan _____
Aug _____   Feb _____
Sep _____   Mar _____
Oct _____   Apr _____
Nov _____   May _____
Dec _____   Jun _____

9) Accrued Sick Leave Certification:
Total accrued unused sick leave days at retirement date: _____

10) Signature of Authorized Official: _____  Date: _____
Employing Institution: _____

Please complete information on the reverse side of this form.

**DEFENDANT'S EXHIBIT 15**
Ellison 4/27/06

# DIRECT DEPOSIT AUTHORIZATION
## Retirement Systems of Alabama

For Direct Deposit, the retiree or beneficiary of a deceased retiree (Benefit Recipient) completes Section 1 only after reading the information on the reverse side of this form. The form can then be delivered by mail or personally for completion of Section 2 by the financial institution which verifies the information in Section 1 and agrees to the Master Agreement on the reverse side of this form.

IT IS IMPERATIVE TO KEEP THE RSA INFORMED OF CHANGES IN THE BENEFIT RECIPIENT'S HOME MAILING ADDRESS IN ORDER TO RECEIVE IMPORTANT INFORMATION ABOUT TAXES, BENEFIT CHANGES, BOARD OF CONTROL ELECTIONS AND OTHER RETIREMENT RELATED INFORMATION.

### SECTION 1 (To be completed by Benefit Recipient)

Retiree/Benefit Recipient's Social Security Number: **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**

Benefit Recipient: (please check)
- **X** Retiree
- ___ Beneficiary of Deceased Retiree/Member

Name: **Cynthia R. Ellison**

Address: **1598 Sandstone Court**

City: **Montgomery**   State: **AL**   Zip Code: **36117**

Telephone No: (Daytime) **334-271-6199**

Indicate the system from which you receive a benefit. (More than one check? Direct Deposit Authorization applies to which checks):

| | System | Direct Deposit (Yes or No) |
|---|---|---|
| Teachers' Retirement | X | YES |
| Employees' Retirement | | |
| PEIRAF/RSA-1 | | |
| Judicial Retirement | | |

Joint Account Holder's Certification: I certify that I have read and understood the reverse side of this form, including the SPECIAL NOTICE TO JOINT ACCOUNT HOLDER(S): (print or type)

Name(s) of Joint Account Holder's: (print or type)

Signature(s) of Joint Account Holder(s) _____  Date _____

Benefit Recipient Certification: I certify I have read and understood the reverse side of this form. In signing below, I authorize my payment to be sent to the financial institution named in Section 2 to be deposited to the designated account.

Signature of Retiree/Benefit Recipient: *Cynthia Ellison*   Date: **2/7/05**

### SECTION 2 (To be completed by bank)

Depositor: **Cynthia R. Ellison**
Account No: **1074037!**

Bank: **Compass Bank**
Routing No: **062001186**

Type of Account: (check one) **X** Checking ___ Savings

Name and Address of Financial Institution: (P.O. Box, please)
**Compass Bank**
**2511 Eastern Bypass**
**Montgomery, AL 36116**

Name(s) of Person(s) on this account:
**Cynthia R. Ellison**

FINANCIAL INSTITUTION CERTIFICATION/AGREEMENT:
I confirm the identity of the named Benefit Recipient, account number & type. As representative of above named Financial Institution, I certify that the Financial Institution agrees to receive & deposit identified payment in accordance with the MASTER AGREEMENT on the reverse side & agrees that the MASTER AGREEMENT is applicable to all payments subject to Section 4.7 of the Operating Rules of the National Automated Clearing House Association sent by the Retirement Systems to the Financial Institution for benefit of the Benefit Recipient.

Representative's Name: (Print or type) **Ron Wilhoit**

Signature of Representative: _____  Date: **2-9-05**

Telephone No: **334-409-7231**

Please return to:
The Retirement Systems of Alabama
P. O. Box 302150
Montgomery, AL 36130-2150
1-800-214-2158