## Bayo Lawal

**From:** Bayo Lawal [blawal@mail.aum.edu]
**Sent:** Saturday, February 12, 2005 9:47 AM
**To:** 'Cynthia Ellison'
**Cc:** 'Bayo Lawal'
**Subject:** Re: Shredded Documents

Hi Cynthia,

I came to the office this morning to do some work and I happen to notice three bags of shredded office documents near the fax machine.
Then I recalled that for most part of Friday, you were sorting files, and I recall asking you what was going on with the files and you told me that you were re-organizing them.

I am therefore shocked this morning to find three bags containing shredded documents of the school. These documents were shredded without a written or verbal permission from me.

I hope you kept a list of all the shredded documents and that this list was approved prior to shredding by the university archivist Jason Kneip.

Bayo H. Lawal, Ph.D.
Dean, School of Sciences
Auburn University Montgomery
Tel #: (334) 244-3678
Fax #: (334) 244-3826


DEFENDANT'S EXHIBIT