## Bayo Lawal

**From:** Cynthia Ellison [cellison@mail.aum.edu]
**Sent:** Monday, February 14, 2005 8:07 AM
**To:** Bayo Lawal
**Subject:** Re: Shredded Documents

Bayo,

Good morning, I am shocked as well. I did not say I was re-organizing the office. I said I was filing materials and I pointed out to you the general files, personnel files, and vendor files. The student workers shredded old time sheets from students who had worked here years ago and grades from previous semesters - all documents containing social security numbers and I believe I disposed of them properly. No information of any sort relative to the smooth operation of the Dean's Office was shredded. If you have a question about whether I am being trustworthy, perhaps I shouldn't stay any longer than today. I will notify Jason Kneip of the shredding.

Cynthia Ellison
Executive Secretary, Dean's Office
School of Sciences
(334) 244-3678

----- Original Message -----

**From:** Bayo Lawal <blawal@mail.aum.edu>

**Date:** Saturday, February 12, 2005 9:46 am

**Subject:** Re: Shredded Documents

> Hi Cynthia,
>
>
>
> I came to the office this morning to do some work and I happen to
> noticethree bags of shredded office documents near the fax machine.
>
> Then I recalled that for most part of Friday, you were sorting
> files, and I
> recall asking you what was going on with the files and you told me
> that you
> were re-organizing them.
>
>
>
> I am therefore shocked this morning to find three bags containing
> shreddeddocuments of the school. These documents were shredded
> without a written or
> verbal permission from me.



DEFENDANT'S EXHIBIT 17
Ellison 4/27/06

3/15/2006

>
>
>
> I hope you kept a list of all the shredded documents and that this
> list was
> approved prior to shredding by the university archivist Jason Kneip.
>
>
>
> Bayo H. Lawal, Ph.D.
>
> Dean, School of Sciences
>
> Auburn University Montgomery
>
> Tel #: (334) 244-3678
>
> Fax #: (334) 244-3826
>
>
>
>

2/15/2006