**Bayo Lawal**

**From:** Cynthia Ellison [cellison@mail.aum.edu]
**Sent:** Monday, February 14, 2005 8:15 AM
**To:** jkneip@mail.aum.edu
**Cc:** blawal@mail.aum.edu
**Subject:** Shredded Materials

Good morning,

I am Cynthia Ellison in the Dean's Office, School of Sciences. On Friday, February 11, 2005 I had student workers shred old time sheets from student workers who were previously employed by the School and old grade sheets. These documents were shredded because they had social security numbers on them.

Cynthia Ellison
Executive Secretary, Dean's Office
School of Sciences
(334) 244-3678

