## Bayo Lawal

**From:** Jason Kneip [jkneip@mail.aum.edu]
**Sent:** Monday, February 14, 2005 9:49 AM
**To:** Cynthia Ellison
**Cc:** blawal@mail.aum.edu
**Subject:** Re: Shredded Materials

Cynthia-

Thanks for letting me know about this.

In the future, please complete a Records Disposition Form *before* shredding or destroying any University-related documents. The reason for this is because we are required by the state of Alabama to maintain records of what is destroyed, and to ensure that the records are not disposed before they are supposed to be.

Could you give me a rough estimate of how much (i.e., half a box, full box) was destroyed and what the dates were?

Here is the link to the records management page on the Library website. Please feel free to contact me if you ever have any questions on this matter.

http://aumnicat.aum.edu/forms/

Jason Kneip
Archives/Special Collections Librarian
Auburn University at Montgomery Library
P.O. Box 244023
Montgomery, AL 36111
(334) 244-3213
jkneip@mail.aum.edu


DEFENDANT'S EXHIBIT 19 Ellison 4/27/06