Attorney Rebel, as per your request, notes of meeting with Dr. Mahaffy:

**Notes from meeting with Dr. Chris Mahaffy, Chair, Dept. of Physical Sciences, Debra Foster, Director Human Resources/Affirmative Action Officer and Faye Ward., Assistant Director of Human Resources**

This meeting was called by Debra for the purpose of meeting with Chris to discuss the correspondence that had been forwarded to Debra via Dr. Roger Ritvo, Vice-Chancellor Academic Affairs.

On January 10, 2005 Debra scheduled a meeting with Chris Mahaffy ( I was also present at this meeting.), for the purpose of sharing the investigation of a formal complaint that had been logged against him, by Ms. Cynthia Ellison and also concerns from Dr. Bayo Lawal concerning Dr. Chris Mahaffy..

Proceedings of the Actual Meeting:

We met with Dr. Mahaffy in the Center for Special Services meeting room., located on the 7th floor of the Library Tower, a short distance from the Office of Human Resources. Dr. Mahaffy, asked as we went into the room. "Is this about Cynthia and Barbara? Debra said No. "He replied, I did not think so, because I thought that situation had been settled." (A few weeks before this meeting today, Dr. Mahaffy's Secretary Ms. Barbara Ware and Ms. Cynthia Ellison had had some words.???, but had supposedly worked it all out.).

By this time the (3) of us were seated. Ms. Foster began to inform Dr. Mahaffy by stating that Ms. Ellison had gone to Dr. Ritvo with a complaint , but was not a "formal complaint". ! **(However, Debra stated that she did call him later that day to make sure that he understood that this was in fact a "formal complaint" that Cynthia had logged against him.!)** Ms. Foster began to ask him questions about his attitude toward the Dean and Cynthia. She informed him that because of the issues that were addressed in Ms. Ellison's letter, as AA/EEO she had to investigate. Debra asked him, if he had made racial statements about the Dean and or Cynthia?.(he did not remember). Debra asked him if he remember making the statements "Blacks are in power?", he said he did not recall. (This statement was made because of a statement that Dr. Glen Ray, Associate Dean had made during our meeting with him on 12/16/05. Glen stated that Dr. Mahaffy had made a general statement to him and Dr. Moody that Blacks are in power.

[Note]

I asked Dr. Mahaffy one question during this meeting and that was, "On a scale of 1-10, how did he work with that office, Dr. Bayo specifically as Dean, he basically said that he did not. He continued to elaborate on all that he (himself) has contributed to the School of Sciences and how he had tried to work with Ms. Ellison. He also spoke about how the Dean's office had changed (in a negative manner). He stated that Dr. Bayo was not a good leader, that "people" in the department were not going to listen to him. Chris stated that he did not harbor any negative feelings toward Cynthia with reference to the Dean of Sciences Search.

Defendant's Exhibit
1
6/14/06   WARD
Alexander Gallo & Associates, Inc.
COURT REPORTING • VIDEO SERVICES
TRIAL PRESENTATIONS

The next time I was in Dr. Chris Mahaffy's presence, it was a meeting between Dr. Roger Ritvo and myself at which time Dr. Ritvo, informed Chris that an investigation had been made by Debra Foster and that others had attested to concerns that had been made and that because of these concerns, recommendations had been made. However, he (Chris) could remain at the University, but had to meet certain demands. Dr. Ritvo stated what those demands would be. Of course Dr. Mahaffy was visibly shaken by this news. He wanted to know who had made the statements and that he had not been told of any formal complaint logged against him and wanted something in writing. He wanted Dr. Ritvo to plead his case for keeping his position as Chair. However that could not be done. Dr. Mahaffy was also told by Dr. Ritvo, that he could not share any of the names of those individuals who had been spoken to about this situation. Dr. Ritvo stated to Chris, that he would hope that this entire matter would be over soon. Dr. Mahaffy stated, "it maybe be over sooner than we think.' I am going home and get "drunk." He then left. A few days later he came to the Office of Human Resources wanting to see his HR file. Debra and I sat with him as he viewed his file in my office. I am not absolutely positive as to what he was looking for, however my strong instinct tells me that, since he stated that he was not made aware of this situation previously, that he thought maybe something of a warning had been placed in his file. He soon left the office. I have not had further contact with Dr. Mahaffy to this dated.

Thanks for your time today in this matter. I hope that I have answered your questions. I know that I have given an honest assessment of the facts as I have heard them and remember them. Although I will be hospitalized, if I can be of further assistance at a later time, please let me know.

Faye E. Ward    *[signature]* 2/18/05
Assistant Director, HR