STATE OF ALABAMA
COUNTY OF MONTGOMERY

## AFFIDAVIT OF FAYE E. WARD

My name is Faye E. Ward and I do solemnly swear that the forgoing is true and correct to the best of my ability:

1. I am an African American female over the age of nineteen years old. I reside at 5307 Rolind Drive Montgomery, Alabama 36108.

2. I am a former employee of Auburn University of Montgomery (hereinafter referred to as AUM), Alabama whereas I was the Assistant Director of Human Resources/Employment Manager, Auburn University Montgomery, Alabama from 1988 to August 31, 2005. Part of my job duties included, but is not limited to the following:

   a) managed the recruitment and employment process for AUM which included screen interviewing of staff applicants and referrals to hiring units; met with faculty and administrative candidates to explain fringe benefits, trained supervisors in university and legal interviewing procedures, and maintained applicant tracking record of equal employment opportunity/affirmative action;

   b) met individually with all new hires for explanation and completion of payroll and benefit information;

   c) provided information and assistance regarding policies and procedures to university employees regarding various benefit transactions such as: on-the-job injuries, FMLA, disability, sick or vacation leave, insurance, and retirement.

   d) Planned and conducted/coordinated various employee programs such as

Defendant's Exhibit
2
6/14/06 WARD