# AUBURN UNIVERSITY AT MONTGOMERY
## APPLICATION FOR EMPLOYMENT

**Personal Data**

NAME - Last, First, Middle: Ward, Faye Elizabeth

Date: December 17, 1987

Present Address: 5307 Rolins Drive

City, State, Zip Code: Montgomery, Alabama 36108

Home Phone: 288-5140

Work Phone: [illegible]

Social Security No.: [illegible] 74-5214

Are you under 18 or over 70? No

Are you a U.S. Citizen? Yes

Visa Type: —

Type of Employment Preferred: Full Time ☑

Position(s) Desired: 1. Secretary

If hired, on what date would you be able to begin work? January 4, 1988

Please complete the following if you have any relatives employed by this University:

| Name | Department |
|------|------------|
|      |            |
|      |            |
|      |            |

Have you ever been employed here? No

Do you have any physical limitations which would prevent you from performing certain kinds of work? No

Have you ever been convicted of a felony? No


Defendant's Exhibit 3
6/14/06 WARD
Alexander Gallo & Associates, Inc.

## Education Record

**High School / Vocational School:** St. Jude Educational Institute
**City, State, Zip Code:** Montgomery, Al 36105
**Did you Graduate?** Yes ☑  No ☐
**Years Attended:** 12
**Course of Study:** General Course of Business
**Circle last year completed:** 9  10  11  (12)

**College:** Alabama State University
**City, State, Zip Code:** Montgomery, Al 36195
**Did you Graduate?** Yes ☑  No ☐
**Years Attended:** 4
**Major:** Business Administration
**Degree:** BS
**Circle last year completed:** 1  2  3  (4)

**Graduate School:** —
**City, State, Zip Code:** —
**Did you Graduate?** Yes ☐  No ☐
**Years Attended:** —
**Major:** —
**Degree:** —
**Circle last year completed:** 1  2  3  4

**Additional Training (languages, programming, certifications, etc.):**

## Military Service Record   N/A

**Branch of Service:**
**Reserve or National Guard Status:**
**List Duties, Including Special Training:**
**Service Schools:**

## Skills Record

**Typing:** 55 WPM
**Shorthand:** ___ WPM

Filing ☑
Cashier ☑
Computer ☑
Switchboard ☐
Keypunch ☐
Word Processor ☑
Calculator ☑
Bookkeeping ☑
Dictaphone ☐

**Describe any other training, skills, aptitudes, or qualifications which you feel are appropriate:**

**Employment Record**  (Begin with most recent employer)   *See Resume'*

| Employer's Name | City, State, Zip Code | Dates Employed | Salary |
|---|---|---|---|
| Position | Describe Your Duties | | |
| Reason For Leaving | Supervisor's Name and Title | May We Contact This Employer? Yes ☐ No ☐ | |

| Employer's Name | City, State, Zip Code | Dates Employed | Salary |
|---|---|---|---|
| Position | Describe Your Duties | | |
| Reason For Leaving | Supervisor's Name and Title | May We Contact This Employer? Yes ☐ No ☐ | |

| Employer's Name | City, State, Zip Code | Dates Employed | Salary |
|---|---|---|---|
| Position | Describe Your Duties | | |
| Reason For Leaving | Supervisor's Name and Title | May We Contact This Employer? Yes ☐ No ☐ | |

| Employer's Name | City, State, Zip Code | Dates Employed | Salary |
|---|---|---|---|
| Position | Describe Your Duties | | |
| Reason For Leaving | Supervisor's Name and Title | May We Contact This Employer? Yes ☐ No ☐ | |

Thank you for your interest in employment with AUM. We are an Equal Opportunity / Affirmative Action Employer and in full compliance with all laws and regulations regarding race, color, religion, national origin, sex, marital status, veteran status, age, and handicapped status. Your application will remain in our active file for one month from the date you last made personal or written contact with our office.

Address Correspondence to: AUM Personnel Services, U.S. Highway 80 East, Montgomery, AL 36193 - 0401    205/271-9639

### Applicant's Agreement

I understand and agree that any falsification of information contained herein may be sufficient cause for my disqualification or dismissal.

Date *November 17, 1987*    Signature of Applicant *Faye E. Ward*

# RESUME'

Resume of:
Faye Elizabeth Jenkins Ward

5307 Rolind Drive
Montgomery, Al 36108
Phone 288-5140

Marital Status:

Divorced

Education:

B.S. 1967, Alabama State U
Major: Business Administration
Minor: Economics

## EMPLOYMENT

1968 Aug.  8/68-12/76    8 yrs
to          Related Exp -
1977 Oct.   Interviewing & processing applicants

Hamilton County Welfare Dept.
628 Sycamore Street
Cincinnati, Ohio 45236
Job Title: Social Caseworker
and Eligibility Determiner

1979 Nov.         Related
to                 6 mos
1980 April

Also talked to Mrs 1/16/88 = excellent ref

Montgomery Police Dept.
N. Ripley Street
Montgomery, Al 36104
Job Title: Complaint Clerk

1980 April        Related
to                 10 mos
1981 Feb.         Secretary

W. J. Rhodes Construction Co.
1430 N. Ripley Street
Montgomery, Al 36104
Job Title: Office Manager

1981 Aug.   1/82 - 6/84
to          2½ yrs
1984 Oct.   Related

Personnel Dept
House of Representatives
State Capitol
Montgomery, Al 36130
Job Title: Clerk/Typist    P.T.
Receptionist

ge 2 Cont'd
SUME'

*handwritten: business owner, one g the Representative, went out g business*

1984 Oct.
to
1985 May

*(Relaxed 7 mos)*

Quality Striping & Construction Co.
304 Dexter Avenue 1E
Montgomery, Al 36104
Job Title: Secretary/Office Mgr.

1985 Aug.
to
1986 Sept.

*(Relaxed 1 yr)*

*12/21* Dean, College of Education
Alabama State University
915 So. Jackson Street
Montgomery, Al 36195
Job Title: Secretary

1986 Sept.
to
Presently

*(1½ yrs)*  *5/1000*

Montgomery County Commission,
Judge of Probate Dept.
Montgomery County Courthouse
130 Normandale Arcade

*Relaxed*  *Clerk typist*

Faye E. Ward

**Hamilton County Welfare Dept.**
<u>Social Worker and Eligibility Determiner</u>

Responsibilities included maintaining Aid to Dependent Children cases (ADC), which included meeting the total needs of the clients; doing case study; Counseling, both of a personal nature and also of a job related nature, placing clients in various training programs. Made periodic home visits to make re-determinations of eligibility to insure that the client was still eligible for assistance.

I was also employed as a Food Stamp Eligibility Determiner with the Department. In this position my responsibilities included interviewing applicants to determine their eligibility to participate in the program based on income status according to guidelines set forth by the government. Home visits were also made to determine continued eligibility.

**Montgomery Police Department**
<u>Complaint Clerk</u>

As a Complaint Clerk in the Special Services Division of the Montgomery Police Department, my responsibilities included answering telephone complaints which came in thru head/quarters; assist the caller in whatever way assistance was needed, Code IBM cards according to complaint and to dispense this card to the Radio Dispatcher for transmittal to the proper police unit for service; Operate the NCIC Machine which checks tag registrations, stolen automobiles, etc., check files for warrants.

**W. J. Rhodes Construction Company**
<u>Office Manager</u>

Responsibilities as Office Manager included maintaining office records; typing and filing correspondence and business reports, computing payroll for employees, doing state and city tax forms for company, telephone contacts with other compaines and individuals regarding job estimates and cost.

**House of Representatives- State Legislature**
<u>Typist/Receptionist</u>

My responsibilities as a typist with the State Legislature is one which consist primarily of typing Bills which passes from the House of Representatives. These Bills are brought forth to be proofed, typed, copied and filed. I also assist the Legislators and public sector for copies of different Bills requested from the files after having passed thru the House of Representatives. My responsibility also includes placing daily calendar of events and other related materials on each Legislator desk piror to each Session.

ıye E. Ward

Quality Striping and Construction Co.
Secretary/Office Manager

    As Secretary and Office Manager my duties were varied. My responsibilities included typing, filing, telephone communication to contractors in and out of state. I attended monthly Highway Letting meetings in order to obtain contracts for state jobs. Monthly reports were made from price quotes for jobs. Follow-up contact with Prime Contractors after submittal of price quotes. Computation of federal and state payroll records and taxes was also part of my responsibility.

*to make sure all forms in order, etc. Phyler*

Alabama State University
Secretary

    In the College of Education I was employed as Secretary to the Dean in the College of Education. As Secretary to the Dean I did typing, filing of correspondence for faculty in that area, filing of correspondence for students in Education. Type business letters to department heads in other areas of study at ASU and other universitites. Keep a daily Iternary for the Dean, make flight schedules out of state to attend various meetings. Schedule appointments with students in relation to changes in schedules and curriculum and on occasion discuss with them their curriculum problems. Supervise student workers and approved their payroll. I was also responsible for the submittal of faculty payroll records in this dept. monthly.

Montgomery County Commission
Judge of Probate
Clerk-Typist II

    The responsibilities in this job involves maintaining clerical records and from these records make reports in the departments of Marriage License, Uniform Commercial Codes (UCCs), Hunting, Fishing and Boat departments. Typing, filing, answer correspondence regarding request for marriage records, making referrals to state offices where records requested maybe filed. Telephone service to the public as it relates to information regarding said departments. An extensive amount of this information is also keyed into computers daily.

*computer input*

During my periods of unemployment I have also seeked and worked in temporary positions. During February and March of 1979, I was employed at Alabama State University thru a Special Project for a specified period of (6) weeks. As an Evaluator, my responsibilities included presenting to each class and administering evaluation forms and instructions to students in order to evaluate faculty personnel. Once this data was collected it was placed into the IBM 1230 for scoring and analysis. I also served as a part-time secretary during this time in the department of Testing and Psychological Services.

During April and May of 1979, I was employed as a Clerk-Typist in the Contract Management Office at the Southeast Regional Exchange. My responsibilites consisted of typing Contract Register Lists for Army and Air Force Bases located in the Southeastern District; compile a Source List-Data Sheet for the solicitation for proposals for on base contracts. This poisiton was for a period of (6) weeks to fill a temporary leave of absence position.

My employment with the House of Representatives was a part-time job in that I was employed and worked only when the Legislature was in session, or whenever the Governor called a Special Session. I remained part-time with them until I decided to persue full-time employment.

BACKGROUND: Born, reared and educated in the Montgomery area. Completion of primary and secondary education was fulfilled at St. Jude Educational Institute. I am an active community worker; member of the PTA, alumni member of St. Jude and ASU. Having been a military dependent my travels have varied.

I have three sons, Kevin, age 23, commissioned officer 5/87 in the USAF. Kenneth age 16 and Kory, age 12.

INTERESTS: Local and National affairs, sports, skating, bowling and reading mystery novels.

REFERENCES: References will be made available upon request.

Faye E. Ward
December 17, 1987

    At one time or another, the secretary will find her duties involve some form of legalized work. Her employer may give her a legal document ofr safekeeping; she may be asked to help prepare such a document or to prepare it alone. The nature and amount of legal work which corss the secretary's desk depend largely upon the business of the employer.

    Certain requirements must be met before a legal contract can be makde. A contract can be oral, but a written contract is preferable if it is to be enforced. All parties involved in a contract must be considered legally compentent and there must be a mutual agreement. There is legal consideration for at least the sum of one dollar. The agreement must not be contrary to la

    Several kinds of forms are used in the preparation of legal instruments. The printed form is used by companies and corporations for certain functions as installment buying and lay-a-way plans. These forms assure uniformity and serve as a time-saving device as well. Blank spances are left to fill in the names and addresses of the parties concerned, the date, the length of time required to complete the transaction, the interest, the monthly payments, and the signature.

    Law blanks are standard printed forms which can be purchased at stationery stores. They are used for leases, deeds, powers of attorney, mortgages, and the like. When fomrs are seldom used or when the details do not fit into a printed form or al law

```
  291
    4
  ---
  295
```

```
     59
  5)295
    25
    ---
    45
    45
```

59 wp
−9 erro
---
50 wpm