Defendant's Exhibit 4

# Auburn University Montgomery Job Description

## Assistant Director of Human Resources

Location: Auburn University Montgomery  
Classification: AP-6  
Reports to: Director of Human Resources  

Department: Human Resources  
FLSA: Exempt  
Date: April 2001  

**Positions supervised:** Clerks (2)

**Job Summary:** Manage the employment process; conduct new employee orientations and retirement seminars. Manage and communicate with staff regarding employee benefits programs such as health, dental and retirement programs. Oversee record system for tracking applicants. Plan, develop and monitor various employee programs or projects as directed. Ensures plans are administered in accordance with federal and state regulations and plan provisions are followed.

**Duties and responsibilities include but are not limited to:**

1. Screen applicants and refer applicants for staff positions.
2. Explain interview procedures and Affirmative Action guidelines to interviewing supervisors.
3. Extend job offers to staff hires after checking references.
4. Hire, evaluate and supervise Clerks.
5. Assist in monitoring Affirmative Action tracking for position vacancies.
6. Schedule and conduct new employee orientations for all new full-time faculty and staff.
7. Provide information and assist in completion of forms for benefits-package.
8. Meet with faculty and administrative candidates visiting Auburn University Montgomery (AUM) providing information about benefits-package.
9. Plan, develop and execute various programs and/or projects such as salary surveys, governmental reports and driver's education training program.
10. May represent AUM at unemployment hearings and at other organizations.
11. Meet with employees to resolve issues related to employment.
12. Strive to ensure employee understanding of benefit programs by counseling employees/dependents as situations arise.
13. Act as Director in his/her absence.

Minimum Qualifications:  
**Education:** Bachelor's degree in Human Resource Management, Business Administration, Business or Management.  
**Experience:** Over five (5) years of demonstrable progressive Human Resources administrative and supervisory experience preferably in higher education or other non-profit organization.

The above listed functions require various degrees of independence, judgement and discretion, and the ability to be mobile in the office and/or work area.

The statements contained herein describe the scope of the responsibility and essential functions of this position, but should not be considered to be an all-inclusive listing of work requirements. Individuals may perform other duties as assigned including work in other areas to cover absences or relief to equalize peak work periods or otherwise balance the workload.

Acknowledged: _Faye Ward_   Date: _May 17, 2001_

located on the seventh floor of the Library Tower near the Human Resources Office. During this meeting, Ms. Foster questioned Dr. Mahaffy questions regarding his attitude towards Dean Bayo Lawal (African descent) and Ms. Ellison. I asked one question during this meeting, which was, "on a scale of 1-10, how did he work with that office (Dr. Lawal and Cynthia Ellison's office), he basically said that he did not.

6. Also, I was present with Dr. Mahaffy during another meeting with Dr. Roger Ritvo, Vice Chancellor of Academics and Student Affairs. In this meeting, Dr. Ritvo addressed the allegations and investigations that had been lodged against Dr. Mahaffy and the University's recommendations. Prior to Dr. Mahaffy departing from this meeting, he said, "It may be over sooner than we think, I'm going home and get drunk."

7. In addition, to the above formal complaint, Ms. Ellison made previous complaints against Dr. Mahaffy with her Dean and the Human Resources Office in 2003 and 2004.

8. Ms. Ellison retired from her employment with the University with a wonderful work record, and honor, because many of the University's secretarial staff respected her opinions and knowledge.

9. Unfortunately, I believe that Ms. Ellison was subjected to a racially hostile environment, which resulted in her early retirement from the University.

*Faye E. Ward*
Faye E. Ward

STATE OF ALABAMA
COUNTY OF MONTGOMERY

BEFORE me, the undersigned Notary Public, appeared Faye E. Ward, who known to me, do swear the foregoing is true and correct in every particular on this 20th September, 2005.

Notary Public, State of Alabama at Large
My Commission Expires 1/13/2007

new employee orientations, benefit and retirement programs, annual retirees' reunion, and driver education training.

e) Assisted in handling employee relations situations by meeting with employees or supervisors and explaining the university's disciplinary or grievance procedures, etc.

3. As the Assistant Director of Human Resources/Employment Manager, my Direct Supervisor was Deborah Foster, Director of Human Resources/Affirmative Action Officer. In January 2005, Cynthia Ellison came to the Human Resources office to report concerns she had with Dr. Chris Mahaffy, former Chair of the Department of Physical Sciences and his discriminatory actions against her, which Ms. Ellison believed to be discriminatory in nature.

4. During this office visit, I followed the normal procedures which was to inform Ms. Ellison to (a) contact the head of her Department and (b) report it to the Director of Human Resources, which Ms. Ellison arranged. Some of the complaints Ms. Ellison had in regards to Dr. Mahaffy were, but not limited to the following: Dr. Mahaffy would appear on serveral occasions, stand and stare, in an offensive manner at her, he wouldn't say anything to her, but his body gestures frightened her and placed her in a hostile environment. Unfortunately, Ms. Ellison was a nervous wreck.

5. Then, on January 10, 2005, after Ms. Ellison reported the discrimination, Deborah Foster, scheduled a meeting with Dr. Chris Mahaffy, whereas I was instructed to attend this meeting as well. The purpose of this meeting was due to the formal complaint that was lodged by Ms. Ellison.

6. The meeting was held in the Center for Special Services meeting room