## DECLARATION OF MARQUITA SNOW

1. I am Marquita Snow. I am 22 years old, and I have no mental disability. I give this declaration freely and voluntarily.

2. I am a junior at Auburn University at Montgomery. I enrolled in 2004.

3. I worked in the Dean's Office of the School of Sciences from the Fall of 2004 until May 2005. Bayo Lawal was the Dean, and Cynthia Ellison was his assistant.

4. During my employment in the Dean's Office, I noticed a difference in the way Dean Lawal treated males and females. He seemed to treat females, including Ms. Ellison and me, poorly, as unequals, and with a lack of respect, but he treated males as equals. I think this is because Dean Lawal is Nigerian, where as I understand due to culture, females are not treated equally with males. He treated Ms. Ellison and the student workers this way for the majority of the time I worked in the Dean's Office.

5. As my earlier statements of February 14, 2005 state, Dean Lawal questioned Cynthia Ellison on February 14 about the papers the student workers, including me, and she had shredded several days earlier. They had an argument in his office on February 14 about the it, but I couldn't hear exactly what they said. After that, Ms. Ellison asked me to prepare my statements of February 14.

6.  Ms. Ellison stated to me on February 14, 2005 that she was leaving AUM that day (although she had planned to retire sometime later) because she was tired of the way that Dean Lawal treated her as a woman.

I declare under penalty of perjury that this Declaration is true and correct.

June 13, 2006
Date

Marquita Snow