



# COLONIAL BANK, N.A.
## Application For Employment

3422493

We are an Affirmative Action/Equal Opportunity Employer. Candidates are considered for employment without regard to race, color, religion, national origin, sex, marital status, age, disability, veteran or citizenship status. Employment with our company is at the will of the employee and the employer. In order to be considered for employment, this application must be fully completed.

| Date | Position Applied For/Location (Please be specific): | Salary Requirements |
|---|---|---|
| 01/31/2006 | 05-1884 - Executive Assistant I | $ |

| Date Available For Employment | Referral Source | | | |
|---|---|---|---|---|
| 02/01/06 | ☐ Walk-In  ☐ Mail-In  Name of Referral ColonialBank.com | ☐ Job Fair  ☐ Advertisement  ☐ Employee | ☐ School Placement Office  ☐ State Employment Dept.  ☐ Civic Organization  ☐ Internet (which site): | ☐ Temporary Agency  ☐ Personnel Agency  ☐ Colonial Web Page |

Are there any hours that you would be unable to work?  ☐ Yes  ☒ No   What Hours ?:

### Basic Information - Please Print In Ink

Name: (In Full) Last - First - Middle

| Ellison | Cynthia | R |
|---|---|---|

| Please indicate other names you have used in previous employment or schooling. | Email Address: elli7684@bellsouth.net |
|---|---|

| Residence: Street Address | City | State | County | Zip Code |
|---|---|---|---|---|
| 1598 Sandstone Court | Montgomery | AL | Montgomery | 36117 |

| Home Telephone | Alternate Telephone | Social Security Number |
|---|---|---|
| ( ) (334) 271-6199 | ( ) (334) 201-8166 | 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 |

Only U.S. citizens or aliens who have a legal right to work in the U.S. are eligible for employment. Can you, upon employment, provide genuine documentation establishing your identity and eligibility to be legally employed in the United States?  ☒ Yes  ☐ No

Are you under 18 years of age?  ☐ Yes  ☒ No

Do you possess a valid driver's license?  ☒ Yes  ☐ No

Have you ever applied for employment with Colonial Bank?  ☐ Yes  ☒ No   If yes, date:

Have you ever been employed at Colonial Bank before?  ☐ Yes  ☒ No   If yes, date:

Do any of your relatives work at Colonial Bank? If yes, give name and relationship.
☒ Yes  ☐ No   Courtnei Ellison -- Daughter

### Previous Addresses During The Last Five Years

| Street Address | City | State | Zip | County | From/To |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

SPECIAL SKILLS: Check boxes for training and experience.

- ☐ Accounting
- ☐ Bookkeeping
- ☒ Calculator
- ☐ CRT
- ☐ Data entry
- ☐ Imaging
- ☐ Programming
- ☐ Proof machine
- ☐ Sales
- ☐ Transcribing machine
- ☒ Typing ( 60 words per minute currently)
- ☐ Other _____
- ☐ Personal computer
- ☐ Excel
- ☒ Word
- ☐ Microsoft Project
- ☐ Microsoft Access
- ☒ Other PC programs
- ☒ Desktop publishing

List any education or training received related to the position applied for (e.g., customer relations, credit, supervision, etc.):

## RECORD OF EMPLOYMENT
*List All Additional Employers on a Supplemental Sheet*

| EMPLOYER (present or last): Dillard's | | | | Supervisor's Name: Amy Lyda |
|---|---|---|---|---|
| Street Address: 3000 Eastdale Circle | City: Montgomery | State: AL | Zip Code: 36117 | Area Code/Phone Number: (334) 272-6374 |
| Job Title: Salon Coordinator | Base Salary (Annual or Hourly): Start $7.00   Final $9.00 | | | Dates Employed (Month/year): From 1999   To Present |
| ☐ Full Time   ☒ Part Time | | | | |

Describe responsibilities: Coordinate appointments for hair stylists, answer the phones, checkout clients, retail markdowns

Reason for leaving last position or wanting to leave current position:

Presently employed: ☒ Yes   ☐ No     May we contact this Employer to obtain a reference?  ☒ Yes   ☐ No

| EMPLOYER (previous): Auburn University Montgomery | | | | Supervisor's Name: Dr. Bayo Lawal |
|---|---|---|---|---|
| Street Address: 7430 East Drive | City: Montgomery | State: AL | Zip Code: 36117 | Area Code/Phone Number: (334) 244-3678 |
| Job Title: Senior Administrative Associate/Student | Base Salary (Annual or Hourly): Start $12,000   Final $41,970 | | | Dates Employed (Month/year): From 07/02/1984   To 04/01/2005 |
| ☒ Full Time   ☐ Part Time | | | | |

Describe responsibilities: Provided administrative and clerical support to the Dean of Sciences, advised students, composed documents (i.e. letters, reports, memos), prepared payroll, and supervised 7 departmental secretaries and 5 student workers

Reason for leaving: Retired

| EMPLOYER (previous): | | | | Supervisor's Name: |
|---|---|---|---|---|
| Street Address: | City: | State: | Zip Code: | Area Code/Phone Number: |
| Job Title: | Base Salary (Annual or Hourly): Start ___   Final ___ | | | Dates Employed (Month/year): From ___   To ___ |
| ☐ Full Time   ☐ Part Time | | | | |

Describe responsibilities:

Reason for leaving:

| EMPLOYER (previous): | | | | Supervisor's Name: |
|---|---|---|---|---|
| Street Address: | City: | State: | Zip Code: | Area Code/Phone Number: |
| Job Title: | Base Salary (Annual or Hourly): Start ___   Final ___ | | | Dates Employed (Month/year): From ___   To ___ |
| ☐ Full Time   ☐ Part Time | | | | |

Describe responsibilities:

Reason for leaving:

## EDUCATION AND TRAINING

*(Please list all high schools, colleges and special courses attended, time at each and grades completed. Also list below any professional designations or American Institute of Banking courses completed.)*

| Name of School | City & State | No. of Years Completed | Major Studies | Grade Average | Degree or diploma rcvd Yes/No |
|---|---|---|---|---|---|
| High School<br>Vigor High School | Prichard, AL | 4 | | A/B | Yes |
| Business<br>University of South Alabama | Mobile, AL | 3 | Communications | B | No |
| College<br>Faulkner University | Montgomery, AL | 1 | Human Resource Management | A | Yes |
| Graduate | | | | | |

| American Institute of Banking, Institute of Financial Education or Other Related Courses | Date |
|---|---|
| | |

| Other (describe) |
|---|
| |

| Professional Designations/Licenses |
|---|
| |

## Job Information

Have you ever been asked to resign or been discharged from any position? ☐ Yes ☒ No
If yes, please explain.

Have you ever been placed on probation, counseled, warned or disciplined for violation of company policy or work performance? ☐ Yes ☒ No
If yes, please explain.

Have you ever been bonded? ☐ Yes ☒ No    Refused Bond? ☐ Yes ☒ No

Have you ever been convicted, paid a fine or admitted guilt to a criminal offense (including but not limited to robbery, embezzlement, forgery, perjury, etc.) other than minor traffic offenses? ☐ Yes ☒ No    If yes, please explain.

Have you signed a patent/confidentiality agreement or agreement not to compete with your current or former employer? ☐ Yes ☒ No
If yes, explain..

## DISCLOSURE STATEMENT

Colonial does not discriminate in hiring or any employment practice on the basis of race, color, religious creed, national origin, sex, ancestry, age, or citizenship status nor does Colonial discriminate against any employee or candidate for employment because of physical or mental disability, nor does Colonial discriminate against Vietnam Era Veterans, Disabled Veteran, Special Disabled Veteran, other Eligible Veteran, or recently separated Veteran. Candidates will be considered if otherwise qualified regardless of disability or Veteran Status. No question on this application is intended to secure information to be used for such discrimination. If you feel that you have been discriminated against in any prohibited manner during the selection process, please ask to speak to the Equal Opportunity Coordinator in order for the matter to be investigated further.

Colonial, at its own expense, arranges for surety bond on each of its employees. Unless your background is acceptable to a surety company, it will be difficult to secure this bond and Colonial may be unable to offer employment in certain positions.

## STATEMENT OF AGREEMENT

I certify that the answers given herein and during an interview are true and complete to the best of my knowledge. I authorize the investigation of all matters contained in this application and hereby give the employer permission to contact schools, previous employers, references, and all others, and hereby release the employer from any liability as a result of such contact unless otherwise noted in this application. I understand that misrepresentation, omissions of facts, or incomplete information requested in this application may remove me from further consideration for employment or may result in dismissal, should I be employed.

I hereby acknowledge that I have read the foregoing disclosure statement and understand the contents.

It is agreed and understood that this Application for Employment in no way obligates Colonial to employ me and that any offer of employment is subject to the terms and conditions stated on this application form. I agree and understand that my employment is for no definite duration and may be terminated at will by either Colonial or me. It is agreed and understood by me that participation in any of the benefits programs of Colonial does not create a contract of employment. Additionally, the Employee Handbook or statements of Colonial policy is not a contract, should not be construed as a contract and cannot create a contract of employment for any definite duration. I agree and understand that only the Chairman of Board or Regional President/CEO has the authority to establish a contract of employment with me and that any such contract must be in writing, designated as an employment contract, and signed by both parties.

If required for the position for which I am applying, I will consent to a post offer pre-employment physical examination and blood or urine analysis at Colonial expense. (Note: This analysis may test for controlled substances.) I understand that if I falsify responses to medical inquiries, including my history of worker's compensation claims, I may be terminated from employment and precluded from receiving worker's compensation benefits and/or unemployment benefits. Further, I understand that any employee or former employee who makes knowingly false or fraudulent material statements or misrepresentation for the purpose of obtaining worker's compensation benefits may be guilty of felony.

If hired, I pledge to abide by Colonial policies concerning Affirmative Action/Equal Employment Opportunity and prohibition of unlawful harassment. Further, I promise to immediately report any violation of such policies in the manner set forth in those policies.

In the event of my employment, any Colonial materials entrusted to me during the course of my employment will be returned to Colonial on the last day of my employment, whether I resign or am terminated. I agree and understand, that should I be employed, I will not at any time or in any manner, either directly or indirectly, divulge, disclose or communicate to any person, firm or corporation in any manner whatsoever any confidential information concerning any matters affecting or relating to the business of the Employer, including, without limiting the generality of the foregoing, any of its customers, the prices it attains or has attained from the sell of, or which it sells or has sold, its services or products, its manner of operation, its plans or other "proprietary information." I understand that I may be asked to sign a confidentiality agreement consistent with this paragraph as a condition of employment.

Date   01/31/2006                     Signature   Cynthia Rene Ellison