IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CYNTHIA ELLISON, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:05cv902-MHT |
| | ) | |
| AUBURN UNIVERSITY MONTGOMERY, | ) ) | |
| | ) | |
|    Defendant. | ) | |

ORDER

It is ORDERED that:

(1) The motion for clarification (Doc. No. 25) is granted as requested.

(2) The motions for summary judgment (doc. nos. 24 & 28) are set for submission, without oral argument, on August 18, 2006, with any opposing brief and evidentiary materials due by said date.

DONE, this the 26th day of July, 2006.

                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE