UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA ELLISON, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) 2:05CV902-MHT-DRB |
| AUBURN UNIVERSITY MONTGOMERY, | ) |
| | ) |
| | ) |
| Defendant | ) |

NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Defendant, by counsel, will take the following deposition, at the place and time indicated, before a court reporter, notary public, or other officer authorized by law to take depositions.

> The deposition of Roger Ritvo on August 18, 2006, at the Taylor Center, Auburn University Montgomery, Montgomery Alabama, beginning at 9:30 a.m.

The deposition will be taken upon oral examination and videotape pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure. The deposition is being taken for the preservation of testimony, for use at trial, and for all other purposes permitted under the Federal Rules of Civil Procedure. The

oral examination will continue until completed or until recessed for further scheduling.

        AUBURN UNIVERSITY MONTGOMERY

        <u>s/Burton F. Dodd</u>
        Burton F. Dodd

        Georgia Bar No. 223880
        bdodd@laborlawyers.com

        FISHER & PHILLIPS LLP
        945 East Paces Ferry Road
        Suite 1500
        Atlanta, Georgia 30326
        (404) 231-1400 (Voice)
        (404) 240-4249 (Facsimile)