**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

August 7, 2006

# NOTICE OF NON-COMPLIANCE

To:     ALL COUNSEL OF RECORD

**Case Style:  Cynthia Ellison v. Auburn University Montgomery**

**Case Number: 2:05cv902-MHT**

**Referenced Pleading: Notice to Take Deposition**

**Docket Entry Number: #33**

**The referenced pleading was electronically filed on 8/4/06 in this case and is not in compliance with the local rules and/or administrative procedures of this court.**

******This pleading is discovery and is not allowed pursuant to Local Rule 5.1 NON-FILING OF CIVIL DISCOVERY.**

**The pleading is hereby STRICKEN from the record and the parties are instructed to disregard the entry of this pleading on the court's docket.  Parties should be aware that the striking of this entry does not affect their responsibilities as to the discovery process.**