MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA ELLISON, | : |
| PLAINTIFF, | : |
| V. | : CIVIL ACTION NO. |
| | : 2:05CV902-MHT-DRB |
| AUBURN UNIVERSITY OF MONTGOMERY, | : |
| DEFENDANT. | : |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

COMES NOW, Plaintiff Cynthia Ellison in the afore-styled case, and files this Notice Concerning Settlement Conference and Mediation, whereas counsel for both parties have engaged in settlement negotiations. The results of said settlement conference are as follows:

Plaintiff Ellison believes that a settlement can be reached and has decreased her settlement offer against herself three times in order to resolve this case. Plaintiff believes that mediation would be best for both parties and volunteers to submit to mediaiton.

Defendant AUM does not have an offer to make to Plaintiff Ellison at this time and does not see any benefit in mediation.

Respectfully submitted this 11th day of August, 2006.

/s/ Karen Sampson Rodgers
Karen Sampson Rodgers(SAM018)

**OF COUNSEL:**

**McPHILLIPS SHINBAUM, L.L.P.**
P.O. Box 64
516 South Perry Street
Montgomery, Alabama 36101
(334) 262-1911
Facsimile: (334) 263-2321
karensamrodgers@yahoo.com

### **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing Notice of Settlement Conference and Mediation upon the Attorney for the Defendants by U. S. Mail, postage prepaid and properly addressed as below, on this the **11th day of August, 2006**.

Burton F. Dodd, Esq.
Fisher & Phillips LLP
1500 Resurgens Plaza
945 East Paces Ferry Road
Atlanta, Georgia 30326

/s/ Karen Sampson Rodgers
Karen Sampson Rodgers(SAM018)