From: Bayo Lawal <blawal@mail.aum.edu>
Sent: Tuesday, January 25, 2005 11:18 am
To: Sciences@mail.aum.edu
Cc:
Bcc:
Subject: Re: Rumors

Dear School of Sciences community,

I have heard rumors circulating around the school that I have taken a job in Boston and that I will be leaving soon. It has also been rumored that Miss Cynthia Ellison will be retiring in two weeks time.

I do not know where this information is coming from but these are not true as far as I know.

I have not interviewed for any job in Boston nor have I been invited for an interview in Boston. While my wife is in Boston, this remains my family affair and it would be a disservice to spread such untrue stories around my person.

Further, Miss Ellison has not informed me in writing or otherwise that she is retiring.

My commitment is to the school of Sciences and AUM. I try to do the job as best as I can and this kind of unfounded distraction and outright lies does not serve any purpose except those of the originators of the rumors.

I feel that it is very important for me to respond to this at this time. I have tried to avoid this kind of situation but I can assure all of you that I am here to serve you to the best of my ability and no distraction will sway me from my commitment to the job.


Many thanks

Bayo H. Lawal, Ph.D.
Dean, School of Sciences
Auburn University Montgomery
Tel #: (334) 244-3678
Fax #: (334) 244-3826


https://mail.aum.edu/frame.html?rtfPossible=true&lang=en



EXHIBIT 2

1/25/2005