

**Auburn University Montgomery**
School of Sciences
*Office of the Dean*

# MEMORANDUM

**TO:** Dr. Bayo Lawal, Dean, School of Sciences

**FROM:** Cynthia Ellison, Dean's Office

**DATE:** February 9, 2005

**RE:** Retirement

Please accept this as my notification to you of my intent to retire. As I stated in my letter to Debra Foster, I am no longer willing to subject myself to an environment that is potentially unsafe to me and others around me. The effective date of my retirement will be April 1, 2005. I would also like to discuss with you my plans concerning leave.

EXHIBIT 3

P.O. Box 244023 Montgomery, Alabama 36124-4023 • 334.244.3678   Fax 334.244.3826   ATTNet 240.3678

R1