From Cynthia Ellison <cellison@mail.aum.edu>
Sent Friday, February 11, 2005 3:46 pm
To Bayo Lawal <blawal@mail.aum.edu>
Cc
Bcc
Subject Re: your leave plan

Dr. Lawal,

As we discussed, I will plan to assist you in the office provided campus police can make a walk through of Goodwyn at least once a day through February 25, 2005. If this is not possible, then I shall start my leave. Thanks for your understanding.

Cynthia Ellison
Executive Secretary, Dean's Office
School of Sciences
(334) 244-3678

----- Original Message -----

**From**: Bayo Lawal <blawal@mail.aum.edu>

**Date**: Friday, February 11, 2005 1:02 pm

**Subject**: Re: your leave plan

> Cynthia,
>
>
>
> I had wanted us to discuss your leave plan before I realized that
> you had
> gone for lunch.
>
> I hope you have had the opportunity to discuss this plan with the
> HR this
> morning.
>
>
>
> I am going for a meeting at 1:30 p.m. and hope to be back,
> hopefully by 2:30
> p.m.
>
>
>
> I would like to review the plans with you so that we can start
> thinking on
> how to manage the office
>
> of the dean while you are away on leave, preparatory to your
> retirement on
> April 1, 2005.
>
>
>
>
> Bayo H. Lawal, Ph.D.
>

EXHIBIT 4