

**Auburn University Montgomery**
School of Sciences
*Office of the Dean*

MEMO

To:     Bayo Lawal, Dean, School of Sciences

From:   Cynthia Ellison

Date:   February 14, 2005

Re:     Annual Leave and Time Sheets

---

Dr. Lawal I have submitted to you leave slips and time sheets starting 1:00 p.m. on February 14, 2005 through March 31, 2005. Since you stated to me that I have compromised the integrity of the dean's office by sharing the memo about Chris Mahaffy with my attorney; even though you told me that you had no problem with sharing the information with me and for me to do what I had to do. I feel it best that I leave immediately. It is unfortunate that you feel this way, given that you encouraged me to do what was right in regards to Chris and that you would also file civil litigation if things weren't changed to your satisfaction. I can no longer handle the retaliation that I am under from Chris, others, and now you.

EXHIBIT 5

6

P.O. Box 244023 Montgomery, Alabama 36124-4023  •  334.244.3678  Fax 334.244.3826  ATTNet 240.3678