**Auburn University Montgomery**
Human Resources

Internal Memorandum

# MEMORANDUM

**To:** Dr. Guin Nance
Chancellor

**From:** Debra S. Foster, SPHR
Director of Human Resources/Affirmative Action

**Date:** January 27, 2005

**Subject:** Recommendation

After a thorough investigation of Cynthia Ellison alleging a hostile work environment by Dr. Chris Mahaffy, I conclude that he did make inappropriate comments and created a hostile work environment for her. He denied or does not remember any of the allegations in the memorandum she submitted to Dr. Roger Ritvo on December 3, 2004, except a general comment about black people. This recommendation is based on interviews and corroboration with Dr. Bayo Lawal, Dr. Judd Katz, Dr. Glenn Ray, Dr. Brad Moody, and Dr. Robert Elliott (retired). Faye Ward, Assistant Director, attended all of the interviews except for the ones with Dr. Katz and Dr. Elliott.

I recommend:

→ Dr. Mahaffy attends sensitivity training as recommended by Dr. Ritvo within the next two months.

→ Dr. Ritvo speaks to Dr. Mahaffy regarding his behavior and document the conversation for the investigation file. Faye Ward should be present at the meeting.

→ Dr. Ritvo speak to Ms. Ellison and Dr. Lawal regarding this investigation and also document this conversation for the investigation file. Faye Ward should be present at this meeting also.

Feel free to call me if you have any questions.

pc: Dr. Roger Ritvo

EXHIBIT 10