Case 2:05-cv-00902-MHT-DRB   Document 37-13   Filed 08/18/2006   Page 1 of 2
06/19/2006  09:27   2514507925                SYANSW            PAGE 02/03
Case 2:05-cv-00902-MHT-DRB   Document 31   Filed 07/21/2006   Page 1 of 2

## DECLARATION OF BRANDY HOLMES

1. I am Brandy Holmes. I am 23 years old, and I have no mental disability. I give this declaration freely and voluntarily.

2. I am a junior at the University of South Alabama. I attended Auburn University at Montgomery from September 2004 through May 2005, when I transferred to South Alabama.

3. I worked in the Dean's Office of the School of Sciences from the Fall 2004 through May 2005, while I attended AUM. Bayo Lawal was the Dean, and Cynthia Ellison was his assistant.

4. During my employment in the Dean's Office, I noticed a difference in the way Dean Lawal treated males and females. He seemed to treat females, including Cynthia Ellison and me, with a lack of respect, but he treated males with respect, more like they were his friends. I think this is because Dean Lawal is African, where as I understand females are not treated equally with males.

5. As my earlier statement of February 14, 2005 states, Dean Lawal questioned Cynthia Ellison on February 14 about the papers the student workers, including me, and she shredded the preceding Friday. After that, Ms. Ellison asked me to prepare my statements of February 14.

6. Ms. Ellison stated to me on February 14, 2005 that she was leaving AUM immediately (although she had planned to leave and retire sometime later) because of the way Dean Lawal treated her as a woman.

Error! Unknown document property name.

Case 2:05-cv-00902-MHT-DRB   Document 37-13   Filed 08/18/2006   Page 2 of 2
06/19/2006  09:27   2514607925         SVANSW                              PAGE  03/03
Case 2:05-cv-00902-MHT-DRB   Document 31   Filed 07/21/2006   Page 2 of 2

I declare under penalty of perjury that this Declaration is true and correct.

June 12, 2006                                          *Brandy Holmes*
June 12, 2006                                          Brandy Holmes

Error! Unknown document property name.           2