2/14/05

To whom it may concern, I Brandy Holmes would like to speak on Ms. Cynthia Ellison's behalf about Dr. Lawal. His attitude towards her has changed a great deal he talks to her as if she is inferior to him just because he is a man. He made a big deal today about the papers we shredded Friday. He said he had never seen us shred papers before, meaning the student workers. That was an untrue statement coming from him, Dr. Lawal has seen all of us shredding papers. She has been nothing but good to him and this is how he repays her and that is not fair. She has done every assignment he has given her exceptionally well. He is very rude and inconsiderate to her and the student workers as well. He was willing to fire one of us just so he could hire someone who could stay until 5:00 on Fridays. We are only allowed to work twenty hours a week so we have to do our hours according to our class schedule.

On this 14th day of February, 2005, before me, the undersigned appeared _Brandy Holmes_

_Ruby L. Jenkins_
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Dec 8, 2008
BONDED THRU NOTARY PUBLIC UNDERWRITERS

EXHIBIT 12