2/14/05

I, Yarquita Snow, am one of Ms. Ellison's student workers. I observed the incident about the files on Feb. 11, 2005. On this date Dr. Lawal came out of his office and saw Ms. Ellison and I doing some filing. He ask what she was doing and she told him filing some documents. He then ask if she was re-organizing and she stated that she was not. She then pointed out to him exactly where each type of documents were located.

Yarquita Snow

I certify that Yarquita Snow did sign in my presence this 14th day of Feb. 2005 this document.

Ruby L. Jenkins

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Dec 8, 2008
BONDED THRU NOTARY PUBLIC UNDERWRITERS

EXHIBIT 14