STATE OF ALABAMA
COUNTY OF MONTGOMERY

## AFFIDAVIT OF MARQUITA SNOW

I am Marquita Snow, and I do solemnly swear that the following is true and correct to the best of my ability:

1. I am a junior at Auburn University of Montgomery, Montgomery, Alabama. My address is 1408 Stonehenge Apartment B, Montgomery, Alabama 36117.

2. During the time, I was a student worker at Auburn University of Montgomery in the Science Department, Dr. Chris MaHaffy came into the office and asked Ms. Cynthia Ellison to read his shirt.

3. The shirt Dr. Mahaffy was wearing that day said that I am a redneck. This was offensive to me as an African American female, and should have been offensive to Ms. Ellison.

_____
Marquita Snow

STATE OF ALABAMA
COUNTY OF MONTGOMERY

BEFORE me, the undersigned Notary Public, appeared Marquita Snow, who known to me, do swear the foregoing is true and correct in every particular on this 21st April 2006.

_____
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Apr 3, 2007
BONDED THRU NOTARY PUBLIC UNDERWRITERS

EXHIBIT 15