To whom it may concern:

    Of the 4 yrs that I've been working in the dean's office, shredding and filing have been part of my job duties, as well as the other student workers. Apparently, Dr. Lawal is accusing Ms. Ellison of doing some dishonest activities in reference to the aforementioned duties, however in her defense; I know that not be true. Ms. Ellison has always shown integrity and honesty in her job duties, as well as the student workers, having said that, anything to the contrary is just a LIE.

The purpose of this statement is not to slander anyone's character, but to tell the truth, and the truth is that Ms. Ellison is not a dishonest individual; however I cannot say the same about Dr. Lawal

Sincerely,

*Amelia J. Benn*

Amelia J. Benn

Sworn and subscribed to before me this 14th day of Feb., 2005  *Amelia J. Benn*

*Ruby L. Jenkins*
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Dec 8, 2008
BONDED THRU NOTARY PUBLIC UNDERWRITERS

EXHIBIT 16