STATE OF ALABAMA
COUNTY OF MONTGOMERY

## AFFIDAVIT OF AMELIA BENN

I am Amelia Benn, and I do solemnly swear that the following is true and correct to the best of my ability:

1. I am over the age of nineteen years old and a student of Auburn University of Montgomery (AUM), Montgomery, Alabama. My address is 3731 Woodley Road, Apt. 11D, Montgomery, Alabama 36116. I am an employee of Auburn University as a program assistant.

2. I was a work study student of Cynthia Ellison under her supervision from the years 2000 through 2005.

3. Dr. Chris MaHaffy had a weird personality especially in the way he reacted in different ways on different days. I do believe that Dr. Mahaffy was life threatening and could actually hurt someone physically. Dr. MaHaffy kept walking around Ms. Ellison's desk with a backpack on his back, which was scary and weird situation.

4. I believe that Dr. MaHaffy was resentful toward Ms. Ellison because of her race and the position she was in at the office, which was the Senior Executive Secretary to the Dean.

5. Also, Dr. MaHaffy did not seem friendly towards Dr. Lawal either and he seemed to resent Dr. Lawal as Dean, a position the Dr. Ma Haffy wanted and because he was an African.

6. The University, more specifically Debora Foster, began to treat Ms. Ellison differently after she filed reported discrimination with the Human Resources office, whereas they became uncooperative thereafter.

7. Other Caucasian employees generally would speak negative towards Ms. Ellison.

_Amelia Benn_
Amelia Benn

EXHIBIT 17

**STATE OF ALABAMA**
**COUNTY OF MONTGOMERY**

    BEFORE me, the undersigned Notary Public, appeared Amelia Benn, who known to me, do swear the foregoing is true and correct in every particular on this 24th April 2006.

_____
Notary Public