February. 14, 2005

To whom it may concern, I Darolyn Gibson (Nikki) a student worker of Ms. Cynthia Ellison helped her Friday Feb. 11th file some documents. While helping Ms. Ellison file Dr. Bayo Lawal comes out of his office and asks Ms. Ellison what she was doing, Ms. Ellison states to him that she was filing some of her paperwork, with the help of me and Marquita Snow, and asked him would he like to see any of it Dr. Lawal said "No" and went back into his office. I also have witnessed the change in the way Dr. Lawal is treating and evaluating Ms. Ellison. Monday Feb. 14th 2005 as Dr. Lawal walks by Ms. Ellison's desk she called his name, Dr. Lawal answered "Yes" and continued walking into his office and shut the door without stopping to see what she had for him. Ms. Ellison then had to get up and knock on the door to give him what she had to give him. Normally when Ms. Ellison calls Dr. Lawal he would stop at her desk and see what she has for him, this indeed is a change to the way he is treating her.

Thank You,

*Darolyn Gibson*
Darolyn Gibson

Subscribed and sworn to before me this 14th day of Feb., 2005.  *Darolyn Gibson*

*Ruby L. Jenkins*
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Dec 8, 2008
BONDED THRU NOTARY PUBLIC UNDERWRITERS

EXHIBIT 18