# COPY OF TRANSCRIPT

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CYNTHIA ELLISON,

    Plaintiff,

vs.

    Civil Action No:
    2:05CV902-MHT-DRB

AUBURN UNIVERSITY
MONTGOMERY,

    Defendant.



## DEPOSITION OF

## KEITH ELLISON

June 14, 2006
1:13 p.m.

Auburn University
Human Resources Building
7430 East Drive
Montgomery, Alabama

Bonnie L. Smith, RPR, CCR-B-2432

Alexander Gallo Associates, LLC
COURT REPORTING    VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK

Telephone (404) 495-0777
Facsimile (404) 495-0766
Toll Free (877) 495-0777

Complimentary Conference Rooms
Throughout Georgia And
Major Cities Nationwide

2700 Centennial Tower
101 Marietta Street
Atlanta, Georgia 30303

www.galloreporting.com



EXHIBIT 20

```
                                 2
1                       APPEARANCES OF COUNSEL
2

3    On behalf of the Plaintiff:
4    KAREN SAMPSON RODGERS, ATTORNEY AT LAW
5    McPhillips, Shinbaum & Gill, LLP
6         516 South Perry Street
7         Montgomery, Alabama 36104
8         (334) 262-1911
9         (334) 263-2321 (facsimile)
10

11   On behalf of the Defendant:
12   BURTON F. DODD, ESQUIRE
13   Fisher & Phillips, LLP
14        1500 Resurgens Plaza
15        945 East Paces Ferry Road
16        Atlanta, Georgia 30326
17        (404) 231-1400
18        (404) 240-4249 (facsimile)
19        bdodd@laborlawyers.com
20

21   ALSO PRESENT:   Cynthia Ellison, Plaintiff
22                   Debra Foster, HR Director
23

24

25
```


Alexander Gallo & Associates, LLC
COURT REPORTING / VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA     WASHINGTON, DC     CHICAGO, ILLINOIS     NEW YORK, NEW YORK

Telephone (404) 495-0777           Complimentary Conference Rooms         2700 Centennial Tower
Facsimile (404) 495-0766              Throughout Georgia And              101 Marietta Street
Toll Free (877) 495-0777              Major Cities Nationwide             Atlanta, Georgia 30303

www.galloreporting.com

```
                             3
                  Deposition of Keith Ellison
                        June 14, 2006


        MR. DODD:  This is the deposition of
   Reverend Keith Ellison taken by notice
   and subpoena pursuant to Rules 30 and 45
   of the Federal Rules of Civil Procedure.


        KEITH ELLISON, having first been duly
   sworn, was examined and testified as follows:
        EXAMINATION
        BY-MR.DODD:
        Q.   Reverend Ellison, I'm Burton Dodd.
   I represent AUM, Auburn University Montgomery,
   in the lawsuit that Cynthia Ellison has filed
   against the university.
             You were identified in some court
   papers that she -- that the judge ordered her
   to file early in the case and that's why I
   need to take your deposition.
        A.   Okay.
        Q.   You were identified as a potential
   witness for her.  If you don't understand a
   question that I ask you, will you let me know
   so that I can rephrase it?  And if you don't
```



Alexander Gallo & Associates, LLC
COURT REPORTING  VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK

Telephone (404) 495-0777          Complimentary Conference Rooms          2700 Centennial Tower
Facsimile (404) 495-0766             Throughout Georgia And                101 Marietta Street
Toll Free (877) 495-0777              Major Cities Nationwide              Atlanta, Georgia 30303

www.galloreporting.com

                              5

1       A.    Yes.
2       Q.    And that's what I want to ask you
3  about.
4       A.    Okay.
5       Q.    Do you remember the first time that
6  Cynthia Ellison discussed with you any
7  difficulties that she was having at work at
8  AUM?
9       A.    Yes.  I do.
10      Q.    When was that?
11      A.    It's been a while.  I can't remember
12 the exact time.  It's been --
13      Q.    Let's say, was it -- can we narrow
14 it down by year?
15      A.    Yes.
16      Q.    2005?  2004?  Before that?
17      A.    Something like that, 2005 maybe.
18      Q.    Okay.  Do you recall when
19 Ms. Ellison retired from AUM?
20      A.    It was -- I think it was last year,
21 I believe.
22      Q.    2005?
23      A.    Uh-huh.
24      Q.    Okay.  Do you remember whether it
25 was at the beginning of the year or the end of


Alexander Gallo & Associates, LLC
COURT REPORTING / VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA      WASHINGTON, DC      CHICAGO, ILLINOIS      NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766         Throughout Georgia And                101 Marietta Street
Toll Free (877) 495-0777          Major Cities Nationwide              Atlanta, Georgia 30303

www.galloreporting.com

7

1    Q.   Okay.  What -- do you recall what
2 she said about Dr. Mahaffy?
3    A.   She was afraid of him.
4    Q.   Did she say why?
5    A.   Because -- this is what she told me.
6 He would come into her office at odd times and
7 even one case before she got to work one
8 morning he was sitting in the office in the
9 dark.  Something about a black bag he carried
10 or something like that.  And it frightened her
11 very -- a lot that day.  And it seems like I
12 remember something about his refusal to submit
13 to black leadership authority.
14   Q.   You're talking about Mahaffy?
15   A.   The one that carried the bag.
16   Q.   Yeah.
17   A.   Yeah, Mahaffy then.
18   Q.   Did she elaborate at all on that
19 circumstance, why he wouldn't submit to the --
20 to, I guess, the new leadership in the school?
21   A.   It may have been reference to the
22 position that was open that he thought he
23 should have had.
24   Q.   Did Ms. Ellison suggest to you that
25 Mahaffy blamed her or at least in part for not



ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK

Telephone (404) 495-0777          Complimentary Conference Rooms          2700 Centennial Tower
Facsimile (404) 495-0766             Throughout Georgia And                101 Marietta Street
Toll Free (877) 495-0777              Major Cities Nationwide              Atlanta, Georgia 30303

www.galloreporting.com

                                9
1   mind.  And then usually after church is when
2   we have time to sit down and talk.
3       Q.   Right.
4       A.   A lot of times we eat dinner
5   together.
6       Q.   What did she say about Bayo Lawal?
7       A.   That's who I was calling Mayo;
8   right?
9       Q.   I'm sorry?
10      A.   That's who I called Mayo; right?
11      Q.   Yes.
12      A.   Bayo.  He wanted her to be more like
13  a slave.  I think he's of a Nigerian -- native
14  of Nigeria or something.  And he treated her
15  more like a slave, get my coffee, get my
16  doughnuts, do what I say, don't ask me
17  questions, don't ask me why, just do what I
18  say to do.
19      Q.   Now, is that the characterization
20  that Cynthia Ellison created or is that your
21  assessment based on the facts as she gave them
22  to you?
23      A.   That's pretty much accurate what she
24  said.
25      Q.   Did she suggest that was because



ATLANTA, GEORGIA   WASHINGTON, DC   CHICAGO, ILLINOIS   NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms         2700 Centennial Tower
Facsimile (404) 495-0766         Throughout Georgia And                101 Marietta Street
Toll Free (877) 495-0777         Major Cities Nationwide               Atlanta, Georgia 30303

www.galloreporting.com

                              11

1   would have those discussions with her?
2        A.   I feel like it was.
3        Q.   Did she give you any reason to think
4   that you ought to send her to a physician or a
5   psychologist or any sort of medical provider?
6        A.   That's beyond my ability to
7   determine that.
8        Q.   Other than what she told you, did
9   you observe any physical symptoms of
10  discomfort or nervousness or unhappiness --
11       A.   Yes.
12       Q.   -- on her part?
13       A.   Yes.  It's easy to tell.
14       Q.   How do you tell?
15       A.   She's -- whatever is bothering her,
16  it consumes her.  And she sometimes can be
17  distracted from some of the things that she
18  does.  On maybe two occasions -- and one of
19  those being recently -- she forgot to pay the
20  musicians.  And this is during the time of the
21  past two or three weeks I believe.  And it's
22  little things like that, you know.  Nothing
23  major, but something that she wouldn't do when
24  she was focussed.  She's a very focussed
25  individual.  But when there's a distraction,

Alexander Gallo & Associates, LLC
COURT REPORTING / VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA          WASHINGTON, DC     CHICAGO, ILLINOIS          NEW YORK, NEW YORK

Telephone (404) 495-0777      Complimentary Conference Rooms       2700 Centennial Tower
Facsimile (404) 495-0766         Throughout Georgia And              101 Marietta Street
Toll Free (877) 495-0777         Major Cities Nationwide            Atlanta, Georgia 30303

www.galloreporting.com

                                13

1    A.   Yeah.  But you could tell a
2    difference.
3    Q.   Okay.  How do you tell the
4    difference?
5    A.   Because when -- well, I don't know
6    if you know about pastoring, but when a person
7    is grieving, it's a different expression of
8    grief.  It's more of a -- dealing with the
9    heart and the emotions in a different way than
10   when they are really upset about something
11   they can't remain focussed because of another
12   outside problem.  It's easy to -- to me, now,
13   it's easy to distinguish those two types of
14   emotion.
15   Q.   Now, did Cynthia Ellison -- was
16   Cynthia Ellison exhibiting both of those types
17   of emotions during the times when her -- when
18   she had her family tragedies?
19   A.   I can't say because when she was
20   grieving because of her parents, that's what I
21   attended to.  That is being grieving because
22   of her parents.
23   Q.   Does she also speak to you about any
24   physical ailments she had?
25   A.   Yes.  We talk about that sometimes.



ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK

Telephone (404) 495-0777              Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766                 Throughout Georgia And              101 Marietta Street
Toll Free (877) 495-0777                  Major Cities Nationwide           Atlanta, Georgia 30303

                              www.galloreporting.com

15

1  experienced because of work at AUM?
2      A.   No, I don't know about that. It's
3  beyond my scope.
4      Q.   Okay. Did you ever -- did you ever
5  speak with Cynthia Ellison other than after
6  church on Sundays --
7      A.   Oh, yeah.
8      Q.   -- about these issues?
9      A.   We would call and then I would call
10 back and do a follow-up when she came back
11 like that Monday to work and do a follow-up
12 then by phone.
13     Q.   Would you say she's -- with respect
14 to the symptoms that you detected, would you
15 say she's better off now than she was in 2004
16 and 2005?
17     A.   I don't know. I don't know.
18     Q.   Did she ever tell you that she
19 thought she needed to seek medical
20 professional assistance because of the
21 problems she was experiencing at AUM?
22     A.   Physical emotional?
23     Q.   Yeah.
24     A.   No. She was already seeing the
25 doctor for the physical.



ATLANTA, GEORGIA   WASHINGTON, DC   CHICAGO, ILLINOIS   NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766           Throughout Georgia And                101 Marietta Street
Toll Free (877) 495-0777           Major Cities Nationwide              Atlanta, Georgia 30303

www.galloreporting.com

17

1    Q.   Did she tell you why she felt she
2 needed to retire when she did?
3    A.   Yes.  Because of the situation with
4 Bayo and Dr. --
5    Q.   Mahaffy?
6    A.   -- Mahaffy.
7    Q.   Okay.  Did she elaborate at all on
8 that?
9    A.   That's when I found out most of what
10 was going on during this time.
11   Q.   About the time of her retirement?
12   A.   Yes.
13   Q.   Okay.
14   A.   More detail.
15   Q.   You're not related to her, are you?
16   A.   Not by blood.
17   Q.   By marriage?
18   A.   She was married to my brother years
19 ago.
20   Q.   Okay.  Okay.
21   A.   And they were divorced.  So she
22 stopped being a sister-in-law and became a
23 sister.
24   Q.   I gotcha.  I gotcha.  Okay.  I don't
25 believe I have any further questions for you.



Alexander Gallo & Associates, LLC
COURT REPORTING / VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766           Throughout Georgia And                101 Marietta Street
Toll Free (877) 495-0777            Major Cities Nationwide              Atlanta, Georgia 30303

www.galloreporting.com

                                19

1  STATE OF GEORGIA:

2  COUNTY OF FULTON:

3        I hereby certify that the foregoing

4  transcript was reported, as stated in the

5  caption, and the questions and answers

6  thereto were reduced to typewriting under my

7  direction; that the foregoing pages represent

8  a true, complete, and correct transcript of

9  the evidence given upon said hearing, and I

10 further certify that I am not of kin or

11 counsel to the parties in the case; am not

12 in the employ of counsel for any of said

13 parties; nor am I in any way interested in

14 the result of said case.



Alexander Gallo & Associates, LLC
COURT REPORTING  VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And                101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide               Atlanta, Georgia 30303

www.galloreporting.com

```
                                 21
                              CAPTION
 1
 2         The Deposition of KEITH ELLISON, taken
 3   in the matter, on the date, and at the time and
 4   place set out on the title page hereof.
 5         It was requested that the deposition be taken
 6   by the reporter and that same be reduced to
 7   typewritten form.
 8         It was agreed by and between counsel and the
 9   parties that the Deponent will read and sign the
10   transcript of said deposition.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA      WASHINGTON, DC      CHICAGO, ILLINOIS      NEW YORK, NEW YORK

Telephone (404) 495-0777      Complimentary Conference Rooms      2700 Centennial Tower
Facsimile (404) 495-0766      Throughout Georgia And              101 Marietta Street
Toll Free (877) 495-0777      Major Cities Nationwide             Atlanta, Georgia 30303

www.galloreporting.com