# COPY OF TRANSCRIPT

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CYNTHIA ELLISON,

    Plaintiff,

vs.

    Civil Action No:
    2:05CV902-MHT-DRB

AUBURN UNIVERSITY
MONTGOMERY,

    Defendant.



## DEPOSITION OF

## COURTNEI ELLISON

June 14, 2006
1:54 p.m.

Auburn University
Human Resources Building
7430 East Drive
Montgomery, Alabama

Bonnie L. Smith, RPR, CCR-B-2432



EXHIBIT 21

**Alexander Gallo Associates, LLC**
COURT REPORTING    VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK

Telephone (404) 495-0777
Facsimile (404) 495-0766
Toll Free (877) 495-0777

Complimentary Conference Rooms
Throughout Georgia And
Major Cities Nationwide

2700 Centennial Tower
101 Marietta Street
Atlanta, Georgia 30303

www.galloreporting.com

```
                              2
                    APPEARANCES OF COUNSEL

 1
 2
 3   On behalf of the Plaintiff:
 4   KAREN SAMPSON RODGERS, ATTORNEY AT LAW
 5   McPhillips, Shinbaum & Gill, LLP
 6       516 South Perry Street
 7       Montgomery, Alabama 36104
 8       (334) 262-1911
 9       (334) 263-2321 (facsimile)
10
11   On behalf of the Defendant:
12   BURTON F. DODD, ESQUIRE
13   Fisher & Phillips, LLP
14       1500 Resurgens Plaza
15       945 East Paces Ferry Road
16       Atlanta, Georgia 30326
17       (404) 231-1400
18       (404) 240-4249 (facsimile)
19       bdodd@laborlawyers.com
20
21   ALSO PRESENT:  Cynthia Ellison, Plaintiff
22                  Debra Foster, HR Director
23
24
25
```

Alexander Gallo & Associates, LLC
COURT REPORTING · VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA          WASHINGTON, DC          CHICAGO, ILLINOIS          NEW YORK, NEW YORK

Telephone (404) 495-0777          Complimentary Conference Rooms          2700 Centennial Tower
Facsimile (404) 495-0766          Throughout Georgia And                  101 Marietta Street
Toll Free (877) 495-0777          Major Cities Nationwide                 Atlanta, Georgia 30303

www.galloreporting.com

3

Deposition of Courtnei Ellison

June 14, 2006

MR. DODD: This is the deposition of Courtnei Ellison taken by notice and subpoena pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure.

COURTNEI ELLISON, having first been duly sworn, was examined and testified as follows:

EXAMINATION

BY-MR.DODD:

Q. Ms. Ellison, I'm Burton Dodd. I represent Auburn University Montgomery in the lawsuit that Cynthia Ellison has filed. The purpose of this deposition is to ask you some questions about your knowledge of some of the aspects of that -- claims in that lawsuit. You understand you're under oath to tell the truth in this proceeding; right?

A. Yes.

Q. If you don't understand a question that I ask you, will you let me know?

A. Uh-huh.

Q. And if you let me know that, I will

Alexander Gallo & Associates, LLC
COURT REPORTING / VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK

Telephone (404) 495-0777          Complimentary Conference Rooms          2700 Centennial Tower
Facsimile (404) 495-0766           Throughout Georgia And                  101 Marietta Street
Toll Free (877) 495-0777            Major Cities Nationwide                Atlanta, Georgia 30303

www.galloreporting.com

```
                               5
 1   four years at least?
 2         A.    Yes.
 3         Q.    Do you attend church?
 4         A.    Yes.
 5         Q.    What church do you attend?
 6         A.    New life Church of God and Christ.
 7         Q.    Are you involved in any community
 8   activities?
 9         A.    Well, I am part of Alpha Kappa Alpha
10   sorority, but not really active right now.
11         Q.    Okay.  Did you go to AUM?
12         A.    Yes.
13         Q.    And you graduated in 2000 and --
14         A.    2004.
15         Q.    Do you work at Colonial Bank?
16         A.    Correct.
17         Q.    How long have you worked there?
18         A.    It will be a year in July.
19         Q.    Have you ever given a deposition
20   before?
21         A.    No.
22         Q.    Have you read the complaint that
23   Cynthia Ellison has filed against Auburn
24   University Montgomery?
25         A.    No.
```



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA     WASHINGTON, DC     CHICAGO, ILLINOIS     NEW YORK, NEW YORK

Telephone (404) 495-0777           Complimentary Conference Rooms           2700 Centennial Tower
Facsimile (404) 495-0766              Throughout Georgia And                 101 Marietta Street
Toll Free (877) 495-0777              Major Cities Nationwide              Atlanta, Georgia 30303

www.galloreporting.com

7

1  in the evenings at home after work.
2       A.   Correct.
3       Q.   And that's at least part of what I
4  want to ask you about.
5       A.   Okay.
6       Q.   When, if you recall, did she begin
7  sharing with you any difficulties that she was
8  having at work at AUM?
9       A.   The first time was with Allison
10 Stevens.
11      Q.   Do you recall when that was?
12      A.   Probably three -- three years ago.
13 It was like maybe around Christmas time.  So
14 --
15      Q.   2003 perhaps?
16      A.   Yeah, probably around that.  Because
17 I was still in college then.
18      Q.   Until that time, did you have any --
19 strike that, please.  Prior to that time, had
20 she mentioned any difficulties that she was
21 having at work to you?
22      A.   No.
23      Q.   What did she tell you about Allison
24 Stevens?
25      A.   That she called her a nigger.


Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766          Throughout Georgia And               101 Marietta Street
Toll Free (877) 495-0777          Major Cities Nationwide              Atlanta, Georgia 30303

www.galloreporting.com

9

1  A.   Yes.
2  Q.   And are you convinced that Allison
3  Stevens used that word based on what Cynthia
4  Ellison told you?
5  A.   Yes.
6  Q.   When was the next time that you can
7  recall Cynthia Ellison saying anything to you
8  about difficulties she was having at work?
9  A.   When she was on the search committee
10 for the dean.
11 Q.   This was after Allison Stevens?
12 A.   Yes.
13 Q.   Okay.  What did she tell you?
14 A.   She was telling me that Chris was
15 trying -- Chris Mahaffy --
16 Q.   Do you know Chris Mahaffy?
17 A.   Yes.
18 Q.   Okay.
19 A.   That Chris Mahaffy was trying to get
20 her to be -- to vote him in as dean.
21 Q.   Do you recall when in -- was it in
22 2004?
23 A.   It had to be early part of 2004.
24 Q.   Was that the dean search that
25 ultimately resulted in Dr. Lawal becoming



Alexander Gallo & Associates, LLC
COURT REPORTING / VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC      CHICAGO, ILLINOIS       NEW YORK, NEW YORK

Telephone (404) 495-0777      Complimentary Conference Rooms      2700 Centennial Tower
Facsimile (404) 495-0766         Throughout Georgia And            101 Marietta Street
Toll Free (877) 495-0777          Major Cities Nationwide         Atlanta, Georgia 30303

www.galloreporting.com

                              11
1   since she was the only black person on the
2   search committee that she could have some type
3   of -- that he could manipulate her the most,
4   coerce her the most to get a vote in for him.
5        Q.   And what do you think, though, the
6   purpose of him attempting to give her an
7   e-mail address was?
8        A.   So that he could find out what was
9   going on in the search committee so that he
10  could know the status.
11       Q.   Oh, he wanted -- he wanted Cynthia
12  Ellison to send him updates about what was
13  going on?  Is that --
14       A.   Yeah, based on the conversation that
15  I heard.
16       Q.   Okay.  And Cynthia Ellison refused
17  to take it?
18       A.   She refused.
19       Q.   What did she say?
20       A.   She said, Chris, you know that I
21  can't do that.
22       Q.   Okay.  And what was his response?
23       A.   He walked out mad.
24       Q.   Did he say anything after that?
25       A.   No, not at that -- no, he didn't.



ATLANTA, GEORGIA   WASHINGTON, DC   CHICAGO, ILLINOIS   NEW YORK, NEW YORK

Telephone (404) 495-0777
Facsimile (404) 495-0766
Toll Free (877) 495-0777

Complimentary Conference Rooms
Throughout Georgia And
Major Cities Nationwide

2700 Centennial Tower
101 Marietta Street
Atlanta, Georgia 30303

www.galloreporting.com

13

1  A.  I can't tell you -- I can't tell you
2  that he was upset -- he was upset at everybody
3  on the search committee. I can tell you that
4  much. But anybody other than that, no.
5  Q.  Okay. Well, I mean, you mentioned
6  that everybody new Chris Mahaffy or words to
7  that effect.
8  A.  Uh-huh.
9  Q.  What did you mean by that? Are you
10 talking about his reputation here?
11 A.  Yeah.
12 Q.  What do you know of his reputation?
13 A.  Well, he is the type of person, I
14 guess, you really don't know what he's going
15 to do, especially the last couple of years
16 that I was on campus in school. After the
17 first time he did not get dean, he changed.
18 Q.  In what fashion?
19 A.  His mental state changed. You could
20 tell he was a little more -- he was angry and
21 you could just tell that he -- it was a change
22 in him that you could just notice. He was
23 angry with everyone.
24 Q.  Did you observe any changes in
25 Cynthia Ellison's demeanor or behavior or


Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA     WASHINGTON, DC     CHICAGO, ILLINOIS     NEW YORK, NEW YORK

Telephone (404) 495-0777     Complimentary Conference Rooms     2700 Centennial Tower
Facsimile (404) 495-0766     Throughout Georgia And                101 Marietta Street
Toll Free (877) 495-0777     Major Cities Nationwide                Atlanta, Georgia 30303

www.galloreporting.com

                                15
1    happened after that because I wasn't there.
2    But I can tell you that he was just walking
3    around with a book bag and we didn't know what
4    was in it.
5         Q.   It could have been books, huh?
6         A.   Given Chris' mental state, we did
7    not know what it could have been.  I haven't
8    seen him -- and I've been on the campus since
9    I was 11 months old and I've never seen him
10   walk around with a book bag.
11        Q.   And when you say that she closed the
12   door, you're referring to her office here on
13   campus, are you not?
14        A.   Correct.
15        Q.   Not at home?
16        A.   There was one time at home.  It was
17   the same day that she was forced to leave the
18   campus with Dr. Lawal when they were actually
19   talking to Chris.  That same day -- well, that
20   night, the lights just went off.  I wasn't
21   there when the lights went off, but she called
22   me in fear.  And it was me and my
23   ex-boyfriend.  She called us and we actually
24   came back to the house because she was so
25   afraid.  I never saw my mama like that before.


Alexander Gallo & Associates, LLC
COURT REPORTING  VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA      WASHINGTON, DC      CHICAGO, ILLINOIS      NEW YORK, NEW YORK

Telephone (404) 495-0777          Complimentary Conference Rooms          2700 Centennial Tower
Facsimile (404) 495-0766             Throughout Georgia And                101 Marietta Street
Toll Free (877) 495-0777              Major Cities Nationwide              Atlanta, Georgia 30303

www.galloreporting.com

17

1  A.  -- from when he gave her the e-mail
2  or tried to?
3  Q.  Yes, until the lights went out.
4  A.  Yes, her demeanor changed.  Her
5  health was affected as well.
6  Q.  Okay.  Tell me about both.
7  A.  You could tell that her rheumatoid
8  started flaring up.  Her leg -- she had cancer
9  in her leg.  You could tell that she was
10 having problems with her leg.  You could --
11 you could tell that she was afraid to go to
12 work.  And I hated to see her like that and
13 it's nothing that I could have done to really
14 protect her.  But you could tell that she was
15 being mistreated and nothing was being done
16 about it.
17 Q.  Now, is that based on what she told
18 you or what you know of your own personnel
19 knowledge?
20 A.  I can tell you of a time -- I
21 started working at Hyundai in 2004, right
22 after college.  But before that time, I was
23 unemployed for August and part of September.
24 And during that time, Dr. Lawal had just
25 started.  And one comment that he made -- they


Alexander Gallo & Associates, LLC
COURT REPORTING / VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And                 101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide                Atlanta, Georgia 30303

www.galloreporting.com

                              19
1   work, did you suggest that she seek treatment
2   for that?
3        A.   She was seeking treatment for that
4   the entire time.
5        Q.   For her rheumatoid arthritis?
6        A.   Yes.
7        Q.   But did you suggest that she seek
8   any particular treatment when, you know,
9   stressors at work supposedly made it more
10  aggravating?
11       A.   Yes.  I -- on one occasion, I called
12  Dr. Paul myself.  So, yes, I did do that.
13       Q.   What prompted you to call the
14  physician?
15       A.   Because it was getting to where her
16  hands were so swollen to where she could
17  barely move them and it was getting hard for
18  her to stay on balance.  You could just tell
19  that there was a difference because of what
20  was going on at work.  And it had never been
21  like that before.
22       Q.   Now, how else did her situation at
23  work show itself at home, manifest itself?
24       A.   Her appetite changed.  She was just
25  always -- you could tell even if the phone


Alexander Gallo & Associates, LLC
COURT REPORTING / VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And                101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide               Atlanta, Georgia 30303

www.galloreporting.com

                              21

1  like she should be.
2       Q.   So the litigation now is what's
3  causing her distress?
4       A.   Yeah.  And you can tell it.  Anytime
5  that you -- I don't even talk to her about the
6  lawsuit, but when I pick her up from -- from
7  Ms. Rodgers', you can tell that it's affecting
8  her.  And I want my mama back.  I mean,
9  because she's not like this.  She has not ever
10 been like this until this happened.
11      Q.   How did -- how did Cynthia Ellison
12 react to the deaths of her parents and sister
13 in 2004 and 2005 while this was going on?
14      A.   It was something -- we are a
15 Christian family.  It was something that we
16 were prepared for.  And we know that we
17 can't -- you know, that sometimes death is
18 inevitable.  So to say that that had some type
19 of effect on what was already going on at
20 work, I would not say that that really played
21 a part just because in our Christian belief,
22 we believe when somebody goes -- passes away,
23 they go to a better place.  And that was --
24 that was her comfort.  That was -- that's what
25 held her together on that end.  And I can tell


Alexander Gallo & Associates, LLC
COURT REPORTING  VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA      WASHINGTON, DC      CHICAGO, ILLINOIS              NEW YORK, NEW YORK

Telephone (404) 495-0777       Complimentary Conference Rooms              2700 Centennial Tower
Facsimile (404) 495-0766          Throughout Georgia And                   101 Marietta Street
Toll Free (877) 495-0777            Major Cities Nationwide                Atlanta, Georgia 30303

www.galloreporting.com

23

1  has to take her time to do things a little
2  slower than what I can do.  She can't pick up
3  a five-pound bag of sugar like I can.  So I
4  try to help her in those areas by picking up
5  heavy things so she won't have to do that.
6       Q.   Is that in your observation the
7  greatest limiting circumstance from arthritis,
8  the ability to lift heavy and semi-heavy
9  things, that she has?
10      A.   No.  She has hard times walking.
11 It's not just in her hands.  It's all over her
12 body.  So sometimes, you know, it may be a
13 flare-up in her foot or a flare-up in her
14 shoulder or a flare-up in her hand.  I
15 can't -- you know, it just depends on where
16 the flare-up may be.  But I try to always be
17 there for her so that I can, you know, assist
18 her in that way.  So I just can't tell you
19 that it's just in lifting because it's not.
20 It may be walking.
21      Q.   How would you compare her physical
22 condition today with respect to the arthritis
23 to late 2004?
24      A.   She -- I would say late 2004 to now
25 it's been pretty consistent.  She has -- the


Alexander Gallo & Associates, LLC
COURT REPORTING / VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK

Telephone (404) 495-0777
Facsimile (404) 495-0766
Toll Free (877) 495-0777

Complimentary Conference Rooms
Throughout Georgia And
Major Cities Nationwide

2700 Centennial Tower
101 Marietta Street
Atlanta, Georgia 30303

www.galloreporting.com

25

1  a whole, which would include, to me, Chris
2  Mahaffy, Dr. Lawal, Debra Foster, Dr. Nance.
3      Q.   Doctor who?  I'm sorry.
4      A.   Nance for not responding in a timely
5  manner for something that she asked for, which
6  was security.  Because by this time from what
7  I gather, Chris was pretty much a loose
8  cannon.  So she did not feel safe, so she was
9  forced to leave.  And I know my mom would not
10 leave -- being here as long as she had been, I
11 know that she would not leave the way she did
12 if she wasn't forced to.
13     Q.   Are you saying that she left because
14 she felt unsafe and because AUM did not
15 provide her with security from the things she
16 feared?
17     A.   I am saying that she left, one,
18 because she did not get the security that she
19 had requested.  Because she, by this point,
20 was fearful on a -- forget a day-to-day basis.
21 She was going minute-by-minute because she
22 didn't know if Chris was going to come into
23 the office -- what he was going to do.
24          Once -- what's his name?  Dr. Lawal,
25 he started turning against her.  And she also



Alexander Gallo & Associates, LLC
COURT REPORTING / VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK

Telephone (404) 495-0777
Facsimile (404) 495-0766
Toll Free (877) 495-0777

Complimentary Conference Rooms
Throughout Georgia And
Major Cities Nationwide

2700 Centennial Tower
101 Marietta Street
Atlanta, Georgia 30303

www.galloreporting.com

27

1   specific about that because I was not there.
2   I was working at the time.  So I can only go
3   by what my mom told me.  And she was -- by the
4   end of the day, if she -- if she wasn't
5   crying, she was about there or she would call
6   me in the middle of the day.  And he wasn't
7   just, you know, mistreating her.  He was also
8   mistreating the student workers.
9        Q.   Did she say why she thought he was
10  mistreating the student workers?
11       A.   Probably -- no, she never did say
12  why.  I can't tell you that because she never
13  said.
14       Q.   Do you know when she made the
15  decision to go ahead and retire?
16       A.   She didn't, I don't think, really
17  make that decision to retire because she was
18  forced to leave like I told you earlier.  So
19  all I know is she told me on -- it was like in
20  February.  She told me she had to leave.  And
21  she called me in the middle of the day right
22  before she left.  Right before she was forced
23  to leave, rather.  But -- so I really can't
24  tell you because I don't know.  I was at work.
25       Q.   So the first you know that she was



ATLANTA, GEORGIA   WASHINGTON, DC   CHICAGO, ILLINOIS   NEW YORK, NEW YORK

Telephone (404) 495-0777
Facsimile (404) 495-0766
Toll Free (877) 495-0777

Complimentary Conference Rooms
Throughout Georgia And
Major Cities Nationwide

2700 Centennial Tower
101 Marietta Street
Atlanta, Georgia 30303

www.galloreporting.com

```
                                  29
 1   is.
 2        Q.   Have you made any negative remarks
 3   about Debra Foster to anyone at AUM?
 4        A.   No.  I don't know Debra Foster other
 5   than she's the HR director.
 6           MR. DODD:  Thank you.  I have
 7   nothing further.
 8           MS. RODGERS:  No questions.
 9           (Whereupon, the deposition was
10   concluded at 2:28 p.m.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



Alexander Gallo & Associates, LLC
COURT REPORTING  VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA      WASHINGTON, DC      CHICAGO, ILLINOIS      NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms       2700 Centennial Tower
Facsimile (404) 495-0766          Throughout Georgia And              101 Marietta Street
Toll Free (877) 495-0777           Major Cities Nationwide          Atlanta, Georgia 30303

www.galloreporting.com

```
 1        Disclosure Pursuant to Article
 2   8(B) of the Rules and Regulations of the
 3   Board of Court Reporting of the Judicial
 4   Council of Georgia, I make the following
 5   disclosure:
 6        I am a Georgia Certified Court
 7   Reporter, here as a representative of
 8   Alexander Gallo & Associates, Inc., to report
 9   the foregoing matter.  Alexander Gallo &
10   Associates, Inc., is not taking this
11   deposition under any contract that is
12   prohibited by O.C.G.A. 5-14-37 (a) and (b).
13        Alexander Gallo & Associates,
14   Inc., will be charging its usual and
15   customary rates for this transcript.
16
17
18   _____
19   BONNIE L. SMITH, RPR  CCR-B-2432
20
21
22
23
24
25
```



Alexander Gallo & Associates, LLC
COURT REPORTING  VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA      WASHINGTON, DC      CHICAGO, ILLINOIS      NEW YORK, NEW YORK

Telephone (404) 495-0777         Complimentary Conference Rooms         2700 Centennial Tower
Facsimile (404) 495-0766            Throughout Georgia And              101 Marietta Street
Toll Free (877) 495-0777             Major Cities Nationwide            Atlanta, Georgia 30303

www.galloreporting.com

                              32
1               CAPTION
2         The Deposition of COURTNEI ELLISON, taken
3    in the matter, on the date, and at the time and
4    place set out on the title page hereof.
5         It was requested that the deposition be taken
6    by the reporter and that same be reduced to
7    typewritten form.
8         It was agreed by and between counsel and the
9    parties that the Deponent will read and sign the
10   transcript of said deposition.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Alexander Gallo & Associates, LLC
COURT REPORTING  VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766          Throughout Georgia And                101 Marietta Street
Toll Free (877) 495-0777          Major Cities Nationwide              Atlanta, Georgia 30303

www.galloreporting.com

Courtnei Ellison
June 14, 2006

34

DEPOSITION ERRATA SHEET

RE:          Alexander Gallo & Associates, L.L.C.

File No.    13898

Case Caption:    CYNTHIA ELLISON

vs.    AUBURN UNIVERSITY MONTGOMERY

Deponent:   COURTNEI ELLISON

Deposition Date: JUNE 14, 2006

To the Reporter:

I have read the entire transcript of my Deposition taken in the captioned matter or the same has been read to me. I request that the following changes be entered upon the record for the reasons indicated. I have signed my name to the Errata Sheet and the appropriate Certificate and authorize you to attach both to the original transcript.

Page No. **5** Line No. **6** Change to: **"and" needs to be changed to "in"**

Reason for change: _____

Page No. **18** Line No. **5** Change to: **"in" needs to be changed to "and"**

Reason for change: _____

Page No. _____ Line No. _____ Change to: _____

Reason for change: _____

Alexander Gallo & Associates, LLC
COURT REPORTING   VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK

Telephone (404) 495-0777          Complimentary Conference Rooms          2700 Centennial Tower
Facsimile (404) 495-0766            Throughout Georgia And                101 Marietta Street
Toll Free (877) 495-0777             Major Cities Nationwide              Atlanta, Georgia 30303

www.galloreporting.com