# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **CYNTHIA ELLISON,** | : | |
| | : | |
| **PLAINTIFF,** | : | |
| | : | |
| **V.** | : | **CIVIL ACTION NO.** |
| | : | **2:05CV902-MHT-DRB** |
| **AUBURN UNIVERSITY OF MONTGOMERY,** | : | |
| | : | |
| **DEFENDANT.** | : | |

## NOTICE OF WITHDRAWAL OF JULIAN L. MCPHILLIPS, JR.

**Comes now** attorney Julian L. McPhillips, Jr. and informs this Honorable Court that he is withdrawing from representation of Plaintiff Cynthia Ellison in the above matter. As grounds therefore, the undersigned shows the following:

1. Attorney Karen Sampson Rodgers, formerly of McPhillips Shinbaum, L.L.P., has departed the firm and is taking the case of Cynthia Ellison with her, and neither Mrs. Rodgers nor Plaintiff Ellison have an objection with Mr. McPhillips withdrawing from representation.

Respectfully submitted this _____ day of September, 2006.

/s Julian L. McPhillips, Jr.
_____
Julian L. McPhillips, Jr. (MCP004)

**OF COUNSEL:**

**McPHILLIPS SHINBAUM, L.L.P.**
P.O. Box 64
516 South Perry Street
Montgomery, Alabama 36101
(334) 262-1911
Facsimile: (334) 263-2321

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing **Notice of Withdrawal** upon the Attorney for the Defendants by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following on this the _____ **day of September, 2006**.

Burton F. Dodd, Esq.
Fisher & Phillips LLP
1500 Resurgens Plaza
945 East Paces Ferry Road
Atlanta, Georgia 30326

Karen Sampson Rodgers, Esq.
459 South McDonough Street
Suite 5
Montgomery, Alabama 36104

Cynthia Ellison
1598 Sandstone Court
Montgomery, AL 36117

/s Julian L. McPhillips, Jr.
Of Counsel