IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CYNTHIA ELLISON, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:05cv902-MHT |
| | ) | |
| AUBURN UNIVERSITY MONTGOMERY, | ) ) | |
| | ) | |
|    Defendant. | ) | |

### ORDER

It is ORDERED that the notice of withdrawal (doc. no. 39) is treated as a motion to withdraw and said motion is granted.

DONE, this the 15th day of September, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE