UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA ELLISON, ) | |
| ) | |
|    Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 2:05-CV-00902-MHT-DRB |
| AUBURN UNIVERSITY ) | |
| MONTGOMERY, ) | |
| ) | |
|    Defendant ) | |

### NOTICE OF FILING PROPOSED ORDER

Defendant Auburn University Montgomery gives notice of the filing of its proposed order with respect to its motion for summary judgment. Pursuant to Section 9(C) of the Court's Uniform Scheduling Order, AUM attaches its proposed order in Adobe Acrobat .pdf format and sumbits the order in Word format as an attachment to an e-mail message to propord_thompson@almd.uscourts.gov.

                                      AUBURN UNIVERSITY MONTGOMERY

                                      s/Burton F. Dodd
                                      Burton F. Dodd

                                      Georgia Bar No. 223880
                                      bdodd@laborlawyers.com

        FISHER & PHILLIPS LLP
945 East Paces Ferry Road
Suite 1500
Atlanta, Georgia 30326
(404) 231-1400 (Voice)
(404) 240-4249 (Facsimile)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | | |
|---|---|---|
| CYNTHIA ELLISON, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Civil Action No. 2:05-CV-00902-MHT-DRB |
| AUBURN UNIVERSITY MONTGOMERY, | ) ) ) ) | |
| Defendant | ) | |

## CERTIFICATE OF SERVICE

I certify that, on October 23, 2006, I electronically filed AUM's Notice of Filing Proposed Order with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

    Karen Sampson Rodgers
    karensrodgers@email.com

    AUBURN UNIVERSITY MONTGOMERY

    s/Burton F. Dodd
    Burton F. Dodd

    Georgia Bar No. 223880
    bdodd@laborlawyers.com