**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 24, 2006

# NOTICE OF CORRECTION

**From:**   Clerk's Office

**Case Style:**   Ellison v. Auburn University Montgomery

**Case Number:**   2:05cv00902-MHT

**This Notice of Correction was filed in the referenced case this date to correct the Proposed Order PDF document previously attached.**

**The correct Proposed Order PDF document is attached to this notice for your review. Reference is made to document # 44 filed on October 23, 2006.**