UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | | |
|---|---|---|
| CYNTHIA ELLISON, | ) | |
| | ) | |
|    Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 2:05-CV-00902-MHT-DRB |
| AUBURN UNIVERSITY | ) | |
| MONTGOMERY, | ) | |
| | ) | |
|    Defendant | ) | |

DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
PROPOSED STIPULATION AS TO ADMISSIBILITY
OF TRIAL EXHIBITS WITHOUT FURTHER PROOF

Defendant Auburn University Montgomery, pursuant to paragraph (5) of the Court's Pretrial Order, objects to the admissibility of the following trial exhibits proposed by Plaintiff (Plaintiff proposed no stipulated admissions of fact) and does not stipulate to their admissibility into evidence. Defendant notes that it did not see Plaintiff's proposed trial exhibits until after Plaintiff filed the proposed pretrial order.

    1.    Deposition of Cynthia Ellison;

    8.    February 10, 2005 letter from Julian McPhillips to Dean Lawal and Dr. Ritvo;

    9.    February 10, 2005 letter to Donald Burris, EEO;

    10.   Plaintiff Ellison's Charge of Discrimination and attachments thereto;

13. Declaration of Brandy Holmes;

14. Affidavit of Brandy Holmes, February 14, 2005;

15. Declaration of Marquita Snow;

16. Affidavit of Marquita Snow, February 14, 2005;

17. Affidavit of Marquita Snow, April 21, 2006;

18. Affidavit of Amelia Benn, February 14, 2005;

19. Affidavit of Amelia Benn, April 24, 2006;

20. Affidavit of Darolyn Gibson, February 14, 2005;

21. Affidavit of Darolyn (Nikki) Gibson, April 21, 2006;

22. Deposition of Courtnei Ellison, June 14, 2006;

23. Deposition of Keith Ellison;

24. Declaration of Bayo Lawal;

26. Deposition of Faye Ward;

27. Affidavit of Faye Ward;

28. Changes of Current Assignment;

29. Earnings and Benefits Statements;

30. Order of Discharge;

32. Dismissal and Notice of Rights;

33. Letter from Faye Ward;

36. E-mail, Cynthia Ellison to Joe Hill Nance and back 2/24-25/04;

37.  E-mail, Cynthia Ellison to Guin Nance, 3/1/04; and

38.  Letter, Guin Nance to Cynthia Ellison, 3/2/2004.

        AUBURN UNIVERSITY MONTGOMERY

        s/Burton F. Dodd
        Burton F. Dodd

        Georgia Bar No. 223880
        bdodd@laborlawyers.com


        FISHER & PHILLIPS LLP
        945 East Paces Ferry Road
        Suite 1500
        Atlanta, Georgia 30326
        (404) 231-1400 (Voice)
        (404) 240-4249 (Facsimile)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | | |
|---|---|---|
| CYNTHIA ELLISON, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 2:05-CV-00902-MHT-DRB |
| AUBURN UNIVERSITY MONTGOMERY, | ) | |
| | ) | |
| Defendant | ) | |

### CERTIFICATE OF SERVICE

I certify that, on October 24, 2006, I electronically filed Defendant's Objections to Plaintiff's Proposed Stipulation as to Admissibility of Trial Exhibits Without Further Proof with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

        Karen Sampson Rodgers
        karensrodgers@email.com


        AUBURN UNIVERSITY MONTGOMERY

        <u>s/Burton F. Dodd</u>
        Burton F. Dodd

        Georgia Bar No. 223880
        bdodd@laborlawyers.com