IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CYNTHIA ELLISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:05cv902-MHT |
| | ) | (WO) |
| AUBURN UNIVERSITY | ) | |
| MONTGOMERY, | ) | |
| | ) | |
| Defendant. | ) | |

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The motions for summary judgment filed by defendant Auburn University Montgomery (Doc. Nos. 24 & 28) are granted.

(2) Judgment is entered in favor of defendant Auburn University Montgomery and against plaintiff Cynthia Ellison, with plaintiff Ellison taking nothing by her complaint.

It is further ORDERED that costs are taxed against

plaintiff Ellison, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 13th day of November, 2006.

                                                    /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE