AO 133 (Rev. 9/89) Bill of Costs

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

**BILL OF COSTS**

Cynthia Ellison,
v.
Auburn University Montgomery

Case Number: 2:05cv902-MHT-DRB

Judgment having been entered in the above entitled action on <u>November 13, 2006</u> against <u>Plaintiff</u>, the Clerk is requested to tax the following as costs:
                                                                                                                        *Date*

Fees of the Clerk ..................................................................................................................................... $20.00

Fees for service of summons and subpoena ........................................................................................... $575.50
**(SEE ATTACHED EXHIBIT A)**

Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case ............... $3,626.75
**(SEE ATTACHED EXHIBIT B)**

Fees and disbursements for printing ........................................................................................................ $0.00

Fees for witnesses (itemize on reverse side) .......................................................................................... $329.17

**(SEE ATTACHED EXHIBIT C)**

Fees for exemplification and copies of papers necessarily obtained for use in the case ........................ $544.20
**(SEE ATTACHED EXHIBIT D)**

Docket fees under 28 U.S.C. 1923 ........................................................................................................ $0.00

Costs as shown on Mandate of Court of Appeals .................................................................................. $0.00

Compensation of court-appointed experts ............................................................................................. $0.00

Compensation of interpreters and costs of special interpretation services under 28 U.S.C. ................. $0.00

Other costs (please itemize) ................................................................................................................... $1,339.51

**(SEE ATTACHED EXHIBIT E)**

                                                    **TOTAL**      **$6,435.13**

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

**DECLARATION**

    I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

    I hereby certify that on December 16, 2004, I electronically filed Defendant's Bill of Costs with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record: N/A;

    I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: Karen S. Rodgers c/o Cynthia Ellison, 459 South McDonough Street, Suite 5, Montgomery, Alabama 36104.

Atlanta 1053483.1

Signature: <u>s/Burton F. Dodd, Esq., Ga. Bar No.223880 , Fisher & Phillips, LLP, Suite 1500, Resurgens Plaza 945East Paces Ferry Road, Atlanta, Georgia 30326, (404) 231-1400, bdodd@laborlawyers.com</u>

Name of Attorney: <u>Burton F. Dodd</u>

For: <u>Auburn University Montgomery</u>     Date: _____
    Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____     By:_____     _____
    *Clerk of Court*         *Deputy Clerk*         *Date*

Atlanta 1053483.1

**THIS IS A RECEIPT, NOT A BILL**

AO82 SWEDA (Rev. 4/91)

ORIGINAL
RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF ALABAMA
at _____MONTGOMERY_____

108201

| Fund | | |
|---|---|---|
| 6855XX | Deposit Funds | |
| 604700 | Registry Funds | |
| 508800 | General and Special Funds | |
| 085000 | Immigration Fees | 0001090 |
| 086900 | Attorney Admission Fees | |
| 322340 | Filing Fees | |
| 322350 | Sale of Publication | |
| 322360 | Copy Fees | |
| 143500 | Miscellaneous | |
| 322380 | Interest | |
| 322386 | Recoveries of Court Costs | |
| 121000 | Restitution of U.S. Government | |
| 129900 | Conscience Fund | 10/25/05 |
| 504100 | Gifts | |
| 613300 | Crime Victims Fund | |
| 510000 | Unclaimed Monies | |
| 510100 | Filings Spec. Acct. | |
| | Registry Admin. Acct. | |

COURT COSTS     108201**
6855XX                    20.00
                          ##

TOTAL      20.00
CHECK      20.00
CHANGE      0.01
121422A000  1 ITM-CT  14:17

CASE REFERENCE: 2:05cv902-B

RECEIVED FROM Fisher + Phillips
945 East Paces Ferry Rd., Ste. 1500
Atlanta, GA 30326
(n/PHV Burton F. Dodd)

DEPUTY CLERK ___[signature]___

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.