## EXHIBIT A
### Fees for Service of Summons and Subpoenas

**Lee Owen – Process Server:**

| | |
|---|---|
| Brandy Holmes, | $ 78.82 plus mileage |
| Marquita Snow | $ 78.83 plus mileage |
| Keith Ellison | $ 237.85 plus mileage |
| Dillard's | $ 45.00 |
| Colonial Bank | $ 45.00 |
| Courtnei Ellison | $ 45.00 |
| Faye Ward | $ 45.00 |
| **TOTAL** | **$ 575.50** |

Atlanta 1053549.1

# 440 Investigations

432 B Coliseum Blvd.
Montgomery, AL 36109
Phone (334) 271-5858
Fax (334) 271-2717

Fisher & nPhillips, LLP, Attorneys at Law
1500 Resurgens Plaza
945 East Paces Ferry Road
Atlanta, GA 30326-1125

| Invoice No. | Invoice Date | P.O. Number | Vendor No. | Req. No. | Other |
|---|---|---|---|---|---|
| 60506.1 | 6/5/06 | | | | |

RE: Cynthia Ellison vs. Auburn University Montgomery

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 4 | Process Service / Dillard's, Colonial Bank, Ward, & C. Ellison | $45.00 | $180.00 |
| 2 | Process Service / Snow & Holmes in Selma | $45.00 | $90.00 |
| 123 | Mileage (round trip to Selma) | $0.55 | $67.65 |
| 1 | Process Service / K. Ellison ($90) (includes $45 for location of residence and 187 miles @ .55 round trip to Elba, AL | $237.85 | $237.85 |

| Subtotal | Sales Tax | Shipping | Amount Due | Terms | Pay By |
|---|---|---|---|---|---|
| $575.50 | 0.00% | | $575.50 | | |

**Note:** Charges include labor and mileage for pick-up, delivery, and return of documents. There is no charge for copies, phone calls, or other costs associated with the successful completion of this project.

FISHER & PHILLIPS

Request Number: 138018
Check Date: 07-20-06

Check Number: 239569
**239569**

Payee: 440 Investigations

| Invoice # | Inv. Date | G/L Acct | Client | Matter | Narrative | Amount | Inv. Total |
|---|---|---|---|---|---|---|---|
| 60506.1 | Jul 20/06 | | 08206 | 0017 | Process Service - Inv Date 6/5/6<br>440 Investigations - Process Service - Inv Date 6/5/6 - Dillard's Colonial Bank, Snow & Holtr | 575.50 | 575.50 |

Invoice Totals: $575.50  $575.50

ADVANTAGE LASER PRODUCTS 1+800-722-2804

FISATL.DES