**EXHIBIT B**
**Fees of the Court Reporters**

### Alexander Gallo & Associates

| | |
|---|---|
| Deposition of Cynthia Ellison | $ 1,556.00 |
| Deposition of Courtnei Ellison<br>Deposition of Keith Ellison<br>Deposition of Faye Ward | $ 1,492.30 (all three) |

**TOTAL** $ 3,048.30

### Haislip, Ragan, Green, Starkie & Watson, P.C.

Deposition of Roger A. Ritvo Ph. D        $ 268.45

### Griswold Media

Vic Griswold, Videographer        $ 310.00

**TOTAL** $ 3,626.75



**Alexander Gallo & Associates, LLC**
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

Telephone (404) 495-0777
Facsimile (404) 495-0766
Toll Free (877) 495-0777
www.galloreporting.com

**REMIT TO:**
Alexander Gallo & Associates, Inc.
Post Office Box 550654
Atlanta, Georgia 30355

BURTON F. DODD, ESQ.
FISHER & PHILLIPS, L.L.P.
1500 RESURGENS PLAZA
945 EAST PACES FERRY ROAD
ATLANTA, GA 30326-1125

## Invoice #41861

| Date | Terms |
|---|---|
| 05/16/2006 | NET 30 |

| Assignment | Case | Gallo File # | Shipped | Shipped Via |
|---|---|---|---|---|
| 04/27/2006 | ELLISON, CYNTHIA vs. AUBURN UNIVERSITY - ... | 13898 | 05/09/2006 | COURIER |

**Description**

Original Transcript of CYNTHIA ELLISON

Amount Due: $ 1,556.00
Late Fee: $ 0.00
Paid: $ 0.00

| Balance Due: | $ 1,556.00 |
|---|---|
| Payment Due: | Upon Receipt |

**LOCATION OF DEPOSITION: MONTGOMERY, ALABAMA**

Tax Number:
20-4254161

Terms: Payable upon receipt. 1.5% per month. Accounts unpaid after a reasonable period of time that are sent to collections agree to pay all collection costs, including contingency fee paid to attorney.

**Method of Payment**
☐ Check Enclosed
  Please Make Check Payable To:
**Alexander Gallo & Associates, LLC**

☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐
Credit Card Number

**Charge My Credit Card**
☐ VISA  ☐ MasterCard
☐ American Express

☐☐☐☐ ☐☐☐☐
Exp. Date

Signature (as it appears on your credit card)
_____

Print Name (as it appears on your credit card)
_____

Daytime Phone

# FISHER & PHILLIPS

Payee: ALEXANDER GALLO & ASSOCIATES

Request Number: 136783
Check Date: 06-29-06

Check Number: 238492

| Invoice # | Inv. Date | G/L Acct | Client | Matter | Narrative | Amount | Inv. Total |
|---|---|---|---|---|---|---|---|
| 41861 | Jun 29/06 | | 08206 | 0017 | Invoice Date 5/16/2006<br>Orginal Transcript of Cynthia Ellison 5/16/2006 | 1,556.00 | 1,556.00 |

Invoice Totals: $1,556.00 $1,556.00

238492

ADVANTAGE LASER PRODUCTS 1+800-722-2804    FISATL.DES



**Alexander Gallo & Associates, LLC**
COURT REPORTING — VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

Telephone (404) 495-0777
Facsimile (404) 495-0766
Toll Free (877) 495-0777
www.galloreporting.com

**REMIT TO:**
Alexander Gallo & Associates, LLC
Post Office Box 550654
Atlanta, Georgia 30355

BURTON F. DODD, ESQ.
FISHER & PHILLIPS, L.L.P.
1500 RESURGENS PLAZA
945 EAST PACES FERRY ROAD
ATLANTA, GA 30326-1125

## Invoice #43256

| Date | Terms |
|---|---|
| 07/18/2006 | NET 30 |

| Assignment | Case | Gallo File # | Shipped | Shipped Via |
|---|---|---|---|---|
| 06/14/2006 | ELLISON, CYNTHIA vs. AUBURN UNIVERSITY | 13898 | 07/13/2006 | COURIER |

### Description

Original Transcript of COURTNEI ELLISON
Original Transcript of FAYE WARD
Original Transcript of KEITH ELLISON

Amount Due: $ 1,492.30
Paid: $ 0.00

| Balance Due: | $ 1,492.30 |
|---|---|
| Payment Due: | Upon Receipt |

**LOCATION OF DEPOSITION: MONTGOMERY, ALABAMA.**

After 08/17/2006 Pay This Amount: $ 1,641.53

Tax Number:
20-4254161

Terms: Payable upon receipt. 1.5% per month. Accounts unpaid after a reasonable period of time that are sent to collections agree to pay all collection costs, including contingency fee paid to attorney.

**Method of Payment**
☐ Check Enclosed
  Please Make Check Payable To:
**Alexander Gallo & Associates, LLC**

☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐
Credit Card Number

**Charge My Credit Card**
☐ VISA  ☐ MasterCard
☐ American Express

☐☐☐☐ ☐☐☐☐
Exp. Date

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Daytime Phone

# FISHER & PHILLIPS

Request Number: 140726
Check Date: 09-26-06

Payee: ALEXANDER GALLO & ASSOCIATES

Check Number: 242109

| Invoice # | Inv. Date | G/L Acct | Client | Matter | Narrative | Amount | Inv. Total |
|---|---|---|---|---|---|---|---|
| 41686 | Sep 26/06 | | 10493 | 0002 | Inv# 41686, Inv. date - 5/8/06, File# 14053 - Tape transcript of A. Curly CD 1-4 | 1,068.50 | 1,068.50 |
| 43256 | Sep 26/06 | | 08206 | 0017 | Inv# 43256, Inv. date - 7/18/06, File# 13898 - Original transcripts of: C. Ellison, F. Ward & K. Ellison | 1,492.30 | 1,492.30 |
| | | | | | Invoice Totals: | $2,560.80 | $2,560.80 |

ADVANTAGE LASER PRODUCTS 1+800-722-2804    FISATL.DES

# HAISLIP, RAGAN, GREEN, STARKIE & WATSON, P.C.
Post Office Box 62
Montgomery, AL 36101-0062
(334) 263-4455 Voice   (334) 263-9167 Fax
Tax ID: 63-0980443

---

September 7, 2006

Mr. Burton F. Dodd
FISHER & PHILLIPS
1500 Resurgens Plaza
945 East Paces Ferry Road
Atlanta, GA 30326-1125

| Invoice Number |
| --- |
| PS 68631 |

**Description of services**   Re: ELLISON vs. AUM

| Reference | | | | Extension |
| --- | --- | --- | --- | --- |
| Appearance-Half day | 8/18/06 | 1.00 | 50.000 | 50.00 |
| Original & 1 | Roger Ritvo, Ph. D. | 69.00 | 2.950 | 203.55 |
| Postage | | 1.00 | 10.900 | 10.90 |
| Exhibits | | 16.00 | 0.250 | 4.00 |
| | | **Invoice total:** | | **$268.45** |

Than you - Tricia

Thank you for using HAISLIP, RAGAN, GREEN, STARKIE & WATSON, P.C.  Please include copy of invoice with remittance.

Payable upon receipt. Thank you for your continued patronage.

## FISHER & PHILLIPS

Payee: Haislip, Ragan, Green, Starkie & Watson, P.C.

Request Number: 141383
Check Date: 10-06-06
Check Number: 242675

| Invoice # | Inv. Date | G/L Acct | Client | Matter | Narrative | Amount | Inv. Total |
|---|---|---|---|---|---|---|---|
| PS68631 | Oct 06/06 | | 08206 | 0017 | Inv# PS68631, Inv. date 9/7/06 - appearance (8/18/06), Original & 1 (R. Ritvo, Ph. D.) | 268.45 | 268.45 |
| | | | | | Inv# PS68631, Inv. date 9/7/06 - appearance (8/18/06), Original & 1 (R. Ritvo, Ph. D.) | | |

Invoice Totals: $268.45   $268.45

242675

ADVANTAGE LASER PRODUCTS 1+800-722-2804   FISATL.DES

| Date | Seq Num | Account | Amount | Serial Num |
|---|---|---|---|---|
| 09/29/06 | 64457799 | 1000016201021 | $310.00 | 241995 |

FISHER & PHILLIPS LLP
ATTORNEYS AT LAW
1500 RESURGENS PLAZA
945 EAST PACES FERRY ROAD
ATLANTA, GEORGIA 30326

06-0103

SUNTRUST BANK
ATLANTA, GEORGIA
64-10/610

241995

DATE  09-21-06      AMOUNT

PAY THREE HUNDRED TEN AND 00/100 DOLLARS                    $*******310.00

TO THE ORDER OF
Griswold Media
P.O. Box 3541
Montgomery, AL  36109

AUTHORIZED SIGNATURE

⑈241995⑈ ⑆061000104⑆ 1000016201021⑈  ⑈000000310000⑈

SUNTRUST ATL  09292006
5669-001       INCL
6400457799

For Deposit Only