**EXHIBIT C**
**Fees for Witnesses**

| | |
|---|---|
| Brandy Holmes Witness Charges | $ 62.55 |
| Faye Ward Witness Charges | $ 46.44 |
| Courtnei Ellison | $ 41.85 |
| Marquita Snow | $ 65.40 |
| Keith Ellison | $ 72.93 |
| McPhillips Shinbaum, LLP | $ 40.00 |
| **TOTAL** | **$ 329.17** |

# FISHER & PHILLIPS

| | | | | | | Request Number: | 135276 | Check Number: | **237058** |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Check Date: | May 31/06 | | |

Payee: Marquita Snow

| Invoice # | Inv. Date | G/L Acct | Client | Matter | Narrative | | | Amount | Inv. Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | witness fee | | | | |
| 053106 | May 31/06 | | 08206 | 0017 | witness fee | | | 65.40 | 65.40 |
| | | | | | | | Invoice Totals: | $65.40 | $65.40 |

# FISHER & PHILLIPS

| | | | | | | Request Number: | 135278 | Check Number: | **237059** |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Check Date: | May 31/06 | | |

Payee: Faye Ward

| Invoice # | Inv. Date | G/L Acct | Client | Matter | Narrative | | | Amount | Inv. Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | witness fee | | | | |
| 053106 | May 31/06 | | 08206 | 0017 | witness fee | | | 46.44 | 46.44 |
| | | | | | | | Invoice Totals: | $46.44 | $46.44 |

# FISHER & PHILLIPS

| | | | | | | Request Number: | 135460 | Check Number: | **237217** |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Check Date: | Jun 02/06 | | |

Payee: McPhillips Shinbaum LLP

| Invoice # | Inv. Date | G/L Acct | Client | Matter | Narrative | | | Amount | Inv. Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | witness fee | | | | |
| 060206 | Jun 02/06 | | 08206 | 0017 | witness fee | | | 40.00 | 40.00 |
| | | | | | | | Invoice Totals: | $40.00 | $40.00 |

# FISHER & PHILLIPS

Payee: Courtnei Ellison

Request Number: 135275
Check Date: May 31/06
Check Number: 237055

| Invoice # | Inv. Date | G/L Acct | Client | Matter | Narrative | Amount | Inv. Total |
|---|---|---|---|---|---|---|---|
| | | | | | witness fee | | |
| 053106 | May 31/06 | | 08206 | 0017 | witness fee | 41.85 | 41.85 |
| | | | | | Invoice Totals: | $41.85 | $41.85 |

# FISHER & PHILLIPS

Payee: Keith Ellison

Request Number: 135277
Check Date: May 31/06
Check Number: 237056

| Invoice # | Inv. Date | G/L Acct | Client | Matter | Narrative | Amount | Inv. Total |
|---|---|---|---|---|---|---|---|
| | | | | | witness fee | | |
| 053106 | May 31/06 | | 08206 | 0017 | witness fee | 72.93 | 72.93 |
| | | | | | Invoice Totals: | $72.93 | $72.93 |

# FISHER & PHILLIPS

Payee: Brandy Holmes

Request Number: 135279
Check Date: May 31/06
Check Number: 237057

| Invoice # | Inv. Date | G/L Acct | Client | Matter | Narrative | Amount | Inv. Total |
|---|---|---|---|---|---|---|---|
| | | | | | witness fee | | |
| 053106 | May 31/06 | | 08206 | 0017 | witness fee | 62.55 | 62.55 |
| | | | | | Invoice Totals: | $62.55 | $62.55 |