**EXHIBIT D**
**Fees for Exemplification and Copies of Papers**
**Necessarily Obtained**

Copying Charges $ 544.20

**TOTAL** **$ 544.20**