**EXHIBIT E**
**Other Costs**

| | |
|---|---|
| Long Distance Telephone Charges | $ 20.00 |
| Fax Charges | $ 2.00 |
| Westlaw Charges | $ 22.09 |
| Lexis Nexis Charges | $ 1,249.25 |
| Pacer Services Charges | $ 0.72 |
| Fed Ex Charges | $ 9.17 |
| DHL Shipping Charges | $ 36.28 |
| **TOTAL** | **$ 1,339.51** |

Atlanta 1053549.1