UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | | |
|---|---|---|
| CYNTHIA ELLISON, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 2:05-CV-00902-MHT-DRB |
| AUBURN UNIVERSITY MONTGOMERY, | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## CERTIFICATE OF SERVICE

I certify that, on January 30, 2007, I electronically filed the Certificate of Service of Defendant's First Rule 69 Interrogatories To Judgment Debtor with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

> Karen Sampson Rodgers
> karensrodgers@email.com

and served Defendant's First Rule 69 Interrogatories To Judgment Debtor on counsel of record by depositing same in the U.S. Mail, postage pre-paid and addressed as follows:

Atlanta 1061739.1

Karen S. Rodgers
459 South McDonough Street
Suite 5
Montgomery, Alabama 36104

       AUBURN UNIVERSITY MONTGOMERY

       <u>s/Burton F. Dodd</u>
       Burton F. Dodd

       Georgia Bar No. 223880
       bdodd@laborlawyers.com