UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA ELLISON, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 2:05-CV-00902-MHT-DRB |
| AUBURN UNIVERSITY ) | |
| MONTGOMERY, ) | |
| ) | |
| Defendant ) | |

CERTIFICATE OF SERVICE

I certify that, on January 30, 2007, I electronically filed the Certificate of Service of Defendant's First Rule 69 Request For Production of Documents To Judgment Debtor with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

    Karen Sampson Rodgers
    karensrodgers@email.com

and served Defendant's First Rule 69 Interrogatories To Judgment Debtor on counsel of record by depositing same in the U.S. Mail, postage pre-paid and addressed as follows:

Atlanta 1061740.1

Karen S. Rodgers
459 South McDonough Street
Suite 5
Montgomery, Alabama 36104

      AUBURN UNIVERSITY MONTGOMERY

      <u>s/Burton F. Dodd</u>
      Burton F. Dodd

      Georgia Bar No. 223880
      bdodd@laborlawyers.com