UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA ELLISON, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 2:05-CV-00902-MHT |
| AUBURN UNIVERSITY ) | |
| MONTGOMERY, ) | |
| ) | |
| Defendant ) | |

## NOTICE OF SATISFACTION OF JUDGMENT

Defendant Auburn University Montgomery gives notice of the satisfaction by Cynthia Ellison of the judgment entered against Plaintiff in Defendant's favor on November 13, 2006. Defendant requests that the Clerk cancel, discharge, or otherwise acknowledge satisfaction of the judgment by Plaintiff.

        AUBURN UNIVERSITY MONTGOMERY

        s/Burton F. Dodd
        Burton F. Dodd

        Georgia Bar No. 223880
        bdodd@laborlawyers.com

        FISHER & PHILLIPS LLP
        945 East Paces Ferry Road
        Suite 1500
        Atlanta, Georgia 30326
        (404) 231-1400 (Voice)
        (404) 240-4249 (Facsimile)

Atlanta 1073762.1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | | |
|---|---|---|
| CYNTHIA ELLISON, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 2:05-CV-00902-MHT-DRB |
| AUBURN UNIVERSITY MONTGOMERY, | ) ) | |
| | ) | |
| Defendant | ) | |

## CERTIFICATE OF SERVICE

I certify that, on March 1, 2007, I electronically filed Notice of Satisfaction of Judgment with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

    Karen Sampson Rodgers
    karensrodgers@email.com


    AUBURN UNIVERSITY MONTGOMERY

    s/Burton F. Dodd
    Burton F. Dodd

    Georgia Bar No. 223880
    bdodd@laborlawyers.com

Atlanta 1073762.1